Chief Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

RON ROCKWELL HANSEN,

Defendant.

NO. MJ18-249BAT

MOTION FOR DETENTION

The United States moves for pretrial detention of the Defendant, pursuant to 18
U.S.C. 3142(e) and (f)

1. **Eligibility of Case.** This case is eligible for a detention order because this
case involves (check all that apply):

☐ Crime of violence (18 U.S.C. 3156).

☐ Crime of Terrorism (18 U.S.C. 2332b (g)(5)(B)) with a maximum sentence
of ten years or more.

☒ Crime with a maximum sentence of life imprisonment or death.

☐ Drug offense with a maximum sentence of ten years or more.

MOTION FOR DETENTION - 1
MJ18-249

☐   Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed.

☐   Felony offense involving a minor victim other than a crime of violence.

☐   Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. 921), or any other dangerous weapon.

☐   Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. 2250).

☒   Serious risk the defendant will flee.

☒   Serious risk of obstruction of justice, including intimidation of a prospective witness or juror.

2.      **Reason for Detention.**  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

☒   Defendant's appearance as required.

☒   Safety of any other person and the community.

3.      **Rebuttable Presumption.**  The United States will invoke the rebuttable presumption against defendant under 3142(e). The presumption applies because:

☐   Probable cause to believe defendant committed offense within five years of release following conviction for a qualifying offense committed while on pretrial release.

☐   Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more.

☐   Probable cause to believe defendant committed a violation of one of the following offenses:  18 U.S.C. 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism).

MOTION FOR DETENTION - 2
MJ18-249

☐        Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

4.       **Time for Detention Hearing.** The United States requests the Court conduct the detention hearing:

☒        At the initial appearance

☐        After a continuance of ___ days (not more than 3)

DATED this 4th day of <u>June</u>, 2018.

Respectfully submitted,

/s/ Robert A. Lund
ROBERT A. LUND
Assistant United States Attorney

MOTION FOR DETENTION - 3
MJ18-249

1

## CERTIFICATE OF SERVICE

2      The undersigned hereby certifies that he is an employee in the Office of the United

3  States Attorney for the Western District of Washington and is a person of such age and

4  discretion as to be competent to serve papers;

5      It is further certified that on June 4, 2018, I electronically filed the foregoing

6  document with the Clerk of the Court using the CM/ECF system, which will send

7  notification of such filing to the CM/ECF participants.

8

9       s/ Thomas Woods

10      THOMAS WOODS
        Assistant United States Attorney
11      United States Attorney's Office

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION FOR DETENTION - 4
MJ18-249