# EXHIBIT 1

UNCLASSIFIED

**UNITED STATES DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF INVESTIGATION**



Salt Lake City Field Office
5425 West Amelia Earhart Drive
Salt Lake City, UT 84116

UNCLASSIFIED

| | |
|---|---|
| File Number: | 65M-SU-4678738 |
| Date of Investigation: | 7/28/2016 |
| Location: | Salt Lake City Utah |
| Date Transcribed: | 5/31/2018 |
| Full/Partial Transcription: | Full Transcription |
| Transcriptionist: | OST Collin Stocksdale |
| Recording Identification Number: | 8588946T |
| Participants: | Ron Hansen, Bob Gray |
| Abbreviations: | RH=Ron Hansen |
| | BG=Bob Gray |
| | (PH)=Phonetic |
| | (UI)= Unintelligible |
| | (UK)=Unknown |

UNCLASSIFIED

UNCLASSIFIED

VERBATIM TRANSCRIPTION

File Name:

Start: 00:00:00

(U)BG:    Hey Ron

(U)RH:    Hello Bob, how are you?

(U)BG:    I hope I'm good. How am I? (laughter)

(U)RH:    You're good. I think you're good.

(U)BG:    Oh wonderful

(U)RH:    So I uhhh I...I'm 99.9% confident that Lance will wire
          250,000 dollars into our account tomorrow.

(U)BG:    Okay

(U)RH:    And then he is interested in taking a minimum of
          500,000 and you know, up to uhhh probably about a
          million but the, where I think based on our
          conversation where he will end up is at around
          750,000.

(U)BG:    Okay

(U)RH:    And so the good news is is that his 250,000 gets us
          into September, and so that gives us all of the month
          of August uhhh to pull these other guys in. The guy
          Ned Stringums is not out he's uhhh he is just on
          vacation uhhh he had a son who was on a mission and
          his son, for the Mormon Church, his son just came
          back. They're on vacation and he's like look I just
          don't want to deal with this right now. Ummm you know
          I haven't seen my son for two years, I just want to do
          my vacation so you know, I'm...I'll pick up when I get
          back, but for right now you guys just move ahead
          without me, you know, you all don't have to wait for
          me to do this, ummm and so I think that you know he'll
          come back next week or whatever, we'll get money from
          him. There's a guy named Andrew who still wants to
          come in, but Andrew was kinda pissed off at Ned for

UNCLASSIFIED

UNCLASSIFIED

kinda jerking around like this, and he has, he's part
of a uhhh a fund that has a technology fund that we're
sorta right in their sweet spot so where it looked
like we had it all subscribed he was like not talking
to them even though he said that's a shame we're not
talking to them since we're in their sweet spot. But
his things like F Ned, you know, hey you want to dick
around fine I'm gonna I'm gonna show this to my
buddies here and so his sorta personal goal is to get
them to come in and take up all the available amount
so that when Ned comes back it's like oh sorry
Ned.(laughter) You know you were a dick and uhhh yeah,
that's all gone, maybe next time, so anyway I we're,
you know, tomorrow, but he uhhh so I was there, Dave
was there, Larry was there, but I think cause this
will be a real shocker for you. Me being there is what
closed the deal.

(U)BG:     Imagine that.

(U)RH:     I know

(U)BG:     (laughter)

(U)RH:     What a freakin shocker, right.

(U)BG:     Oh my what a shocker.

(U)RH:     So anyway, well and then the other thing is, is that
ummm Lance is in Lance is in mining and one of the
things that uhhh with the project that he has, as part
of their process they're ending up with a byproduct of
lithium and you know, he's wondering where he'd be
able to, you know, sell this lithium, and I'm like
uhhh actually just spent the last three years
consulting on electric vehicles that run on, hmmm
anyone? Lithium ion batteries and I've been through
more lithium iron battery plants than anyone should be
subjected to touring in one lifetime, so I'm pretty

(U)BG:     Wow

(U)RH:     sure I can help you move your lithium. So he was happy
about that and wants to have a whole nother discussion
about that but anyway, the meeting went as well as it
could possibly have gone. He asked Dave to revise the
paperwork a little bit, uhh so that he can do this 250

UNCLASSIFIED

piece tomorrow ummm so I, you know, praise be to God and keep our fingers crossed and pray real hard tonight. I think there's a good chance that uhhh we'll get 250,000 dollars in our bank account tomorrow and we should get more money in next week and the following week and like I, but now that I'm back here you know I will go to all of these meetings, I'll be the one uhhh closing the deals, you know what I'm saying?

(U)BG:    I do, Ron. I mean you're the man. You know, I still think you should meet with Matt Heaton and actually it's gonna be a better meeting by just saying you know what you've been good to us we have the stock you want it or not? He says he's going to take it.

(U)RH:    I do plan to meet with him and everybody else. I well and so that's the good news on the funding piece. I continued to keep getting more updates of the logger which is sort of like Home Depot in Costa Rica that deal is moving forward so I was talking with Ivan about that. Umm you know the associated foods thing with Meeders, is moving forward. The access data thing is just, so Dave was sitting in the access Data board meeting yesterday and basically where their whole plan moving forward, but they have the customer which is a multimillion dollar (UI) what's your plan for securing end points? What's your plan for virtualization? What's your plan for cloud IT? Do you have a plan? Show us that you have a plan, well if access data can't...that customer that, you know, that would be like losing Microsoft as a customer.

(U)BG:    yeah

(U)RH:    umm and so, so basically you know the whole board meeting was about you know through Nuvestack we're gonna do this, through Nuvestack we're gonna do this. And so lots of uhhh lots of positive stuff on the shelf, pipeline side, uhhh with Lance coming in with his 250 we can get, you know, it just it'll be good. So like I said, you know, as long as Lance doesn't get hit by lightning or you know or have some weird thing happen

(U)GB:    Has quadruple bypass. Is he in good shape? (laughter)

UNCLASSIFIED

UNCLASSIFIED

(U) RH:    Yeah he looks in very good shape, he looks to be about
           maybe your age. You know, 60's early 60's.

(U) GB:    Yeah

(U) RH:    Ummm but in good shape. Uhhh has done IT deals before,
           you know, his current thing, he's working in minerals
           uhhh lining different things. Or like I said I'm
           curious to see where our relationship will go there.
           But he also has done some uhhh Canadian IPO's and
           there's a lot of opportunities to raise money in
           Canada that's sort of unique. But he's really chopping
           at the bit to take Dave into Toronto to introduce him
           to some of his bankers cause what he said is in his
           businesses he often brings these bankers in, in the
           sort of friends and family round which we're still
           sort of in. Uhhh if they believe in a project they
           kinda of come in, in the friends and family round so
           they sort of locked there selves to be the ones to do
           the IPO, but he said he did uhhh in his last deal that
           he did there they were wanting to get 30 million, they
           ended up getting 70 million but it didn't dilute the
           owner.

(U) BG:    Wow

(U) RH:    So anyway, he's got some awesome connections that just
           will, you know, be interesting to pursue and see how
           that uhhh plays out or something. And uhhh like I said
           he and I hit it off really well ummm you know, and I
           think it was reassuring to him to talk to someone who
           has huge chunks of money in the company and is, you
           know, planning to still bring more and so anyway, I
           feel a lot better about where we are right now than I
           did yesterday.

(U) BG:    Well I feel better cause you feel better. But uhhh now
           I, Ron you know, you have a great gift there. And as
           good a guy as Dave is and Larry is, they're not you.

(U) RH:    Well and that's the disappointing thing though because
           it's like come on Dave. If I really have to come in
           and do this. It's sort of, it's just frustrating. It's
           like this should have been done two weeks ago. You
           know, and the fact that I'm having to get eleventh
           hour fifty-ninth minute and fifty-ninth second to

UNCLASSIFIED

UNCLASSIFIED

throw a freakin hail mary the length of the football field, it's like really? But, you know

(U)BG:   Well, if we did that last time

(U)RH:   I'm grateful that, that's the way the meeting went, uhhh so you know hopefully, you know, I don't know what would derail this ummm I think we're good and like I said we have some other money penciled to come in that will push us through the middle to the end of September and I think that if we have two months given our pipeline development and things like that. I just think it's gonna be easier and easier to pull the rest of this, you know, 1.6 million in.

(U)BG:   Yeah, well we're a, certainly been praying and you know as Steve Greer says the key now is to get the stuff to market without diluting you know all the risk investments that have been made up until now. And that's, it's gonna get harder and harder to do if we don't one of these guys to sign some long term type money terms. Whether it's (UI)...

(U)RH:   So yeah, so that's the report. I'm glad it's positive (laughter)

(U)BG:   Me too

(U)RH:   I'm not calling you to tell you, Bob we're screwed. Find the nearest bridge and jump off it cause

(U)BG:   cause that's the way it will be, let me tell you (laughter)

(U)RH:   (laughter) cause that's our only option, you know, I was working Asia, you know, suicide (UI) is our only honorable option, so off we go.

(U)BG:   Well maybe if we shoot each other the women can collect uhhh life insurance, who knows?

(U)RH:   We'll line up our cars and you know it'll be a freak accident, where we crash into each other.

(U)BG:   Yeah on the way to Burger King, that's it. Good plan.

(U)RH:   Lifelong friends you know (laughter) or maybe we could just fake it, maybe we could just fake our deaths, you know, we'll go hide, we'll go hide in China for a

UNCLASSIFIED

UNCLASSIFIED

while and uhhh you know, the girls can get the life insurance and uhhh we'll get some plastic surgery done, and uhhh show up later as different people.

(U)BG:  You know, that's not a bad plan (laughter)

(U)RH:  So then that's plan C

(U)BG:  Alright kiddo, well thanks for the call and uhh thanks for what you do Ron. I really appreciate it.

(U)RH:  No worries, I'll be, I'll keep talking to you tomorrow.

(U)BG:  Alrighty, you have a good evening

(U)RH:  Alright, you too. Good bye.

(U)BG:  Good bye

UNCLASSIFIED

# EXHIBIT 2

UNCLASSIFIED

**UNITED STATES DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF INVESTIGATION**



Salt Lake City Field Office
5425 West Amelia Earhart Drive
Salt Lake City, UT 84116

UNCLASSIFIED

UNCLASSIFIED

| | |
|---|---|
| File Number: | 65M-SU-4678738 |
| Date of Investigation: | 7/29/2016 |
| Location: | Salt Lake City Utah |
| Date Transcribed: | 5/31/2018 |
| Full/Partial Transcription: | Full Transcription |
| Transcriptionist: | OST Collin Stocksdale |
| Recording Identification Number: | 8589503T |
| Participants: | Ron Hansen, Bob Gray |
| Abbreviations: | RH=Ron Hansen |
| | BG=Bob Gray |
| | (PH)=Phonetic |
| | (UI)= Unintelligible |
| | (UK)=Unknown |

UNCLASSIFIED

VERBATIM TRANSCRIPTION

File Name:

Start: 00:00:00

(U)RH:   Hey Bob

(U)BG:   Good morning, how are you?

(U)RH:   Good, how you doing?

(U)BG:   Good

(U)RH:   So Lance, Lance called Dave this morning and confirmed that he's in, so that's

(U)BG:   Fantastic

(U)Rh:   great news, ummm he, Dave, has already provided the documents to Lance's lawyer and to Lance, and they're working on, they're reviewing and working on that right now. They will find the documents this morning and then Lance will wire the 250,000 which will either hit our accounts today or Monday. Either day is fine, Monday is our actual payroll day so you know, as long as it's in by Monday, ummm we're good, but the good news is is Lance, you know its early in the morning here and Lance has already called Dave and said I'm in.

(U)BG:   That's wonderful. What, how big a chunk is he gonna take?

(U)RH:   Ummm so that kinda remains to be seen, like I said yesterday, uhhh what he was talking about, what his ideally what he would like to do is 750,000 but no less than 500,000 and maybe as much as 1.5 million.

(U)BG:   Okay, 15 million evaluation?

(U)RH:   It is.

(U)BG:   Okay good.

(U)RH:   And so Lance has a transaction that he's doing on a piece of property that they have and he'll get a big chunk of money for that. And I think it will just sort

UNCLASSIFIED

UNCLASSIFIED

of, I'm anticipating that Lance coming in will be a trip wire for some of these other people to come in so how much is available for Lance to take will kind of depend on what happens with these other guys, you know, because if Andrew now comes in for 200,000 minimum or more, if Ned (Stringum) comes in for 250 or more and Dave (Moc) comes in for 250 or more umm you know that kind of limits what Lance is able to do.

(U) BG:     Yeah

(U) RH:     And so, so

(U) BG:     Good save Ron, good save.

(U) RH:     The money's not in the bank yet, but the good news is a person who appears to be a standup guy like you or me has called and said I'm in, we're finalizing and sign the documents, we'll wire the money, you know, so it should either hit today or tomor…, today or Monday, which either day works for us. Ummm and so I just don't see Lance backing out at this point, you know what I saying

(U) BG:     Yeah

(U) RH:     cause he could call and say you know what I need more time to decide, sorry. He doesn't have to call and say I'm in let's sign the paperwork this morning.

(U) BG:     Well, I agree. I'll tell you what, one thing I think is just the key to this and will in the future is Miami. I'm telling you that once you say that, it changes the conversation with people and once we have that behind that, I think Ron, it's we're off to the races.

(U) RH:     Yeah and I'm really curious to see uhh about Lance's Canadian banker and financial con…, you know, player network. I'm really curious to see how that plays out because he is really excited to take our company based on his previous successes in that market, he is just chomping at the bit to and the thing is Dave is a three time Canadian Olympian and then his family is also the ummm he's Canadian Indian. So did you see the Leonardo DiCaprio movie where he gets attacked by a bear, I think it's called The Revenant.

UNCLASSIFIED

(U)BG:    Yes I did

(U)RH:    He's one of them.

(U)BG:    Wow, I'll tell ya. I like Canadian money, how about
          you? (laughter)

(U)RH:    And so he, and so they have a special protected status
          and so for him to go up there and play, you know,
          Canadian Olympic athlete. Played against Michael
          Jordan in the Olympics, you know, blah blah blah,
          there's a lot of, but the beauty of it and we had
          talked about it. I had talked about with Dave earlier
          when we got to an arand (PH) of exploring that but
          where Lance has already successfully done more than
          one Canadian IPO

(U)BG:    Yeah

(U)RH:    and has brought uhhh money in ummm is Daniel near you?
          Cause I tried to call him earlier this morning, and
          he's trying to call me.

(U)BG:    No he's not near me.

(U)RH:    Alright, I'll just let it go to voicemail, then call
          him back when I get done. Ummm so ummm so I'm excited
          to see how that plays out too cause just having a
          brief conversation with Lance and then we had looked
          at that with uhhh Smith Electric Vehicles, so I'm
          familiar with that Canadian market and that's where I
          said, you know, I talked to Dave about exploring some
          options there, ummm but with Lance on board that could
          be really interesting. He, on his last thing, on his
          last thing they were able to set something up that the
          founders could buy stock at 10 cents a share and 90
          days later it IPOed at 70 cents a share and within
          like 30 days it had doubled to like 135, a dollar
          thirty five a share.

(U)BG:    Well the thing is that he's got experience and he's
          motivated to do it and has been down the road, I mean
          that's invaluable and if he's an owner it's even, Ron
          good job again. (laughter)

(U)RH:    You know, and the thing is, I don't know if I finished
          this thought, when he's done some of his things before
          ummm he brought those bankers and finance people in,

UNCLASSIFIED

in his friend and family round and then got them
jazzed up so that then, you know, they weren't just
financial consultants for the other round, they were
also owners. Ummm so I'm curious to see if, if we
can't do. So were going to start like immediately
putting a presentation together you know so we'll
start next week and start putting stuff together.

(U)BG:   (affirmative sound)

(U)RH:   Ummm so,

(U)BG:   wow

(U)RH:   anyways

(U)BG:   that's exciting, it really is

(U)RH:   Yeah, so it's just, you know, we're not out of the
woods yet, you know, we need this to be a trip wire.
Uhhh we need Andrew to put some money in, we need Ned
Stringum to put some money in, or we need someone
else, or Matt Heaton to put some money in. I've got a
call with Larry here later this morning to continue
our discussion about, you know, how we're approaching
Matt Heaton, and blah blah blah. Ummm but yeah we're
still alive, that's the good news.

(U)BG:   Still alive, two days ago we were not talking IPO, we
were talking how in the hell are we going to tell our
family and friends. (laughter)

(U)RH:   Exactly, maybe I can't come to your wedding

(U)BG:   Leave a note and just jump, or do I jump after I lea..
tell them.

(U)RH:   we leave a note cause we have to fake our deaths so
you know, you got to have the car parked on the bridge
with the note and then you know, we just hike into
Canada and get some false paper and go teach English
in China or something.

(U)BG:   Sounds like a plan, actually you know, thinking about
IPOing in Canada makes it, I mean you know, makes the
possibility of taking this overseas into the China
market probably easier.

UNCLASSIFIED

UNCLASSIFIED

(U)RH:    It does, so there are a lot of advantages of that, and ummm, anyway that's the update. I'm glad once again. It's still positive and I'll just keep you posted and have a good weekend. Give Kathy a hug for us and I'll talk to you soon.

(U)BG:    Alright Ron, thanks so much.

(U)RH:    Alright talk soon

(U)BG:    Take care.

(U)RH:    Thanks Bob. Bye.

# EXHIBIT 3

UNCLASSIFIED

65M-SU-4678738

HANSEN

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



SALT LAKE CITY DIVISION
5425 W. AMELIA EARHART DRIVE
SALT LAKE CITY, UT 84116

| | |
|---|---|
| File Number: | 65M-SU-4678738 |
| Requesting Official(s) and Office(s): | SA Brent Rummler |
| Reviewed by: | OST Collin Stocksdale |
| Date Completed: | 05/31/2018 |
| Name and Office of Transcriber: | OST Robert Wilson (SU) |
| Recording Number: | Unnumbered |

VERBATIM TRANSCRIPTION

<u>Participants</u>:
Ron Hansen                    RON
Shelley Hansen               SHELLEY

<u>Abbreviations</u>:
Unintelligible               UI
Overlapping Voices           OV
Phonetic                     PH

1

UNCLASSIFIED

65M-SU-4678738                                                          HANSEN

Beginning of recording; Beginning of transcript.

| | |
|---|---|
| SHELLEY: | I can see that. |
| RON: | (UI) I'm, I'm actually concerned if Nikki had control of Shannon's money what they would do with it. |
| SHELLEY: | Yeah. |
| RON: | Whereas with Kameron I'm not concerned. I'm pretty sure Kameron would you know leave her money one hundred percent alone. |
| SHELLEY: | Mhmm. |
| RON: | If she used it to pay for her to go to college (UI). |
| SHELLEY: | Yeah. I think so too. I think he would be fair, he'd do the right thing. |
| RON: | (UI) let's go to Hawaii, let's go to Paris. |
| SHELLEY: | Yeah. |
| RON: | they would go and both think it was awesome until now Shannon's sitting there with no money to go to college. |
| SHELLEY: | It's true. |
| RON: | I don't know that that would happen but we have more fear of that happening with Nikki than I have with the other kids. |
| SHELLEY: | Right. |
| RON: | But the reality of it is I mean at two million dollars, eight of them, uh three times three is you know would be two point four million dollars so, so they're probably would get about two hundred and fifty, two hundred and sixty thousand dollars each. Which that's enough money to support Shannon through college if they're good with it. You know what I'm saying? |
| SHELLEY: | Right. |
| RON: | (UI). |

UNCLASSIFIED

UNCLASSIFIED

65M-SU-4678738                                                    HANSEN

| | |
|---|---|
| SHELLEY: | Yeah. |
| RON: | Actually it would be two fifty apiece. But you know more than two fifty because really (UI) of course if Kekeli keeps acting the way she's acting it may be everyone else is sharing three hundred thousand dollars. |
| SHELLEY: | That's true. |
| RON: | Or, or two seventy five and Kekeli's getting nothing. |
| SHELLEY: | Hmm nope. That would be fair. |
| RON: | Because the, the reality of it is if she really is pulling away from our family I'm just going to cut her out. Because it's like why? You don't consider yourself part of our family why would you consider yourself part of our heirs. |
| SHELLEY: | True. |
| RON: | You know why, why are you an heir if you're not part of the family? |
| SHELLEY: | Right. Yeah, I don't know. Only time will tell with that too. |
| RON: | (UI). |
| SHELLEY: | What? |
| RON: | (UI) miles an hour (UI). |
| SHELLEY: | What? |
| RON: | (UI) I've got a, a fireman who just passed me that's not going seventy miles an hour. But I tell ya I can go seventy miles an hour, you've got all your lights blazing and you're going sixty five. The people in the, the people in the seventies why are you going sixty five? |
| SHELLEY: | Right. Well. |
| RON: | (UI) lights flashing should be going eighty. |
| SHELLEY: | I guess you'll find out maybe you'll pass it. |
| RON: | Looks like we're about to, to come up on whatever the event is here. |
| SHELLEY: | Mhmm. |

3

UNCLASSIFIED

UNCLASSIFIED

65M-SU-4678738                                                          HANSEN

| | |
|---|---|
| RON: | Looks like it also maybe ramping up. |
| SHELLEY: | Oh great. |
| RON: | I'm at about thirteenth south. |
| SHELLEY: | Mhmm. |
| RON: | I'm in between twenty first south and thirteenth south um. |
| SHELLEY: | Oh. |
| RON: | See some bigger trucks up in front of me but I, I can't quite see what they're doing yet. |
| SHELLEY: | Well hopefully nobody died. |
| RON: | (UI) some kind of SUV but, the Battalion Chief not driving very smartly (UI). |
| SHELLEY: | Hmm. |
| RON: | This is (UI). This is turning out to be (UI). |
| SHELLEY: | Hmm. |
| RON: | Well we'll see so now I'm at about the six south exit, we'll see if this (UI) at the other exit will be north but. (UI) guy in the HOV lane going fifty five miles an hour, there's no one in front of him. Why drive in this lane if you're going to go at fifty five miles? |
| SHELLEY: | That's weird. |
| RON: | (UI) people are a weirdo. (UI) want to (UI). |
| SHELLEY: | You are a weirdo. |
| RON: | Yep, so what's your work schedule tomorrow and Friday? |
| SHELLEY: | Tomorrow, I don't have to work unless her kids are still sick and she calls me and wants me to. And Saturday I go in at three forty five until ten thirty. |
| RON: | What about Friday? |
| SHELLEY: | Oh yeah Friday and Saturday. Oh well. |

4

UNCLASSIFIED

UNCLASSIFIED

65M-SU-4678738                                                      HANSEN

| | |
|---|---|
| RON: | How many hours did you work today? |
| SHELLEY: | Four. Worked four. |
| RON: | (UI). |
| SHELLEY: | Huh? |
| RON: | Give (UI) a hug? |
| SHELLEY: | No. You are weird. |
| RON: | So they have the uh they have a ballet event tomorrow. The kickoff of the Nutcracker, the new Nutcracker campaign. |
| SHELLEY: | Mhmm. |
| RON: | I don't know if that's something you're interested in going to. |
| SHELLEY: | No, I don't want to go without you. |
| RON: | Thought I'd ask so you'll hear about it later (UI). So it looks like that uh at the end of season board meeting they did elect John Miller as (UI) elect (UI) and carrying that title. |
| SHELLEY: | He's getting what? |
| RON: | He's carrying the title of Chair Elect. |
| SHELLEY: | Hmm. |
| RON: | So they really needed to, to do that. I mean they should have done that last year. They didn't so if he was a Vice-Chair but he was not designated as the Chair Elect. So that left the door open for someone else to of come in at the, the board meeting in May to make a run at the Chair Elect position. Really the only person who could have made a run like that would have been me because I was in front of John before I went off to try and get the National Advisor board moving. |
| SHELLEY: | Right. |
| RON: | But obviously I wasn't interested in making a run at that. |
| SHELLEY: | Mhmm. |

UNCLASSIFIED

UNCLASSIFIED

65M-SU-4678738                                                          HANSEN

RON:            So and John has done a good job and I'm happy for him. I'm not sure that I want to get back into that pipeline you know?

SHELLEY:        Right.

RON:            Um maybe if Nuvestack really goes bonkers (UI) got a ton of money but I'm not sure I even want to do it then. I'm okay with being on the board but I really want to be one of those board members that my you know I'll help you with the governance of the ballet but I really want my participation being providing the Nuvestack desktops so I'm one of your top ten major donors. Therefore I'm on your board but other than that I don't know how much you know real responsibility I want.

SHELLEY:        Right.

RON:            So we'll see (UI).

SHELLEY:        Yeah, that's what I think. I mean.

RON:            You know if we move out of Utah next summer or the following summer so I, I like the flexibility of not being designated Chair Elect.

SHELLEY:        Right.

RON:            (UI).

SHELLEY:        Yeah. Yeah just I'm okay with just going as a season ticket holder.

RON:            (UI).

SHELLEY:        That's right. Well and we don't want to be in love with ballet right now because maybe I don't get to go to all of them if I was in love with the ballet then I would, it would bug me.

RON:            Why wouldn't you get to go?

SHELLEY:        Well I'm pretty sure I'll get to go, I mean I would get to go.

RON:            (OV) I mean because the thing is we can change our tickets.

SHELLEY:        Oh that's true.

RON:            Change it to Wednesday night.

SHELLEY:        Sure.

6

UNCLASSIFIED

UNCLASSIFIED

65M-SU-4678738                                                  HANSEN

| | |
|---|---|
| RON: | You know what I'm saying? |
| SHELLEY: | Mhmm. |
| RON: | So I mean we can change our tickets to a night you're not scheduled to work. |
| SHELLEY: | Well and but I think I want to talk to (UI) about not you know during ballet season not being able to. I'm hoping she'll bring that other girl in to work on Saturday nights. |
| RON: | Or get her stupid daughter to come up and do it. |
| SHELLEY: | Hmm well her daughter's coming up on Saturday but she has, she wants me to work with one of her daughters each night on Friday and Saturday. |
| RON: | Right. |
| SHELLEY: | Because it gets so busy. |
| RON: | Right but um you know worst case scenario like I said we shift our tickets to a Wednesday or Thursday night. |
| SHELLEY: | Yeah. |
| RON: | So you'll get to see a, a ballet. Um you know so that's, that's where I'm what, what, what. |
| SHELLEY: | (OV) What? |
| RON: | What, what, what, huh, huh, huh, huh? |
| SHELLEY: | You're a weirdo |
| RON: | How is (UI) doing? |
| SHELLEY: | Good. |
| RON: | Is it raining in Syracuse? |
| SHELLEY: | What? |
| RON: | Is it raining in Syracuse? |
| SHELLEY: | Eh I don't think it's raining right this second but it was earlier. Actually rained for quite a while. |

7

UNCLASSIFIED

UNCLASSIFIED

65M-SU-4678738                                                    HANSEN

| | |
|---|---|
| RON: | Did it? |
| SHELLEY: | What? |
| RON: | Well Ro-, you know Robin wrote a long email basically to me to say I'm raising the white flag saying this is the bridge too far. You know I just don't think we can get this done you know so but like I said I need to go and be face to face with these people and be like are you in or are you out? Cuz if they're in be in and if they're out they can be out. |
| SHELLEY: | No kidding. I mean it looks, what a nightmare. So what does Robin's family do to make so much money? |
| RON: | (UI) ship builder. |
| SHELLEY: | Wow. That's big. |
| RON: | Well I don't know how much money Robin inherited. And I don't know if he was very good at managing money he inherited. So I don't know if Robin needs a job. Brian and Robin paid themselves a lot of money but I don't know if they also wasted a lot of money. |
| SHELLEY: | Right. |
| RON: | So I don't know if this is the guy who's been rich for fifty years. Now for the first time in his life he's learned to not be wealthy. |
| SHELLEY: | Mhmm. |
| RON: | Um cuz I really don't think that Robin is wanting to go find another job that's going to pay him what Brian is paying. Um so I don't know what happened to Robin at this point but frankly I don't wish him ill but I don't really care. Um you know doesn't really care what's happened to me. |
| SHELLEY: | Right. |
| RON: | Anyway um I you now so that I could look (UI) in the eyes and say (UI). |
| SHELLEY: | Yeah. |
| RON: | I, come on, five months after I'm let go by Smith I'm still out here trying to make this work on my own dime. Right? What more (OV) did you want me to do? |
| SHELLEY: | (OV) Yeah. Right. |

8

UNCLASSIFIED

UNCLASSIFIED

65M-SU-4678738                                                    HANSEN

| | |
|---|---|
| RON: | I wanted you to balance not (UI). |
| SHELLEY: | You're a sicko |
| RON: | So okay (UI). |
| SHELLEY: | (UI) you are a weirdo. You are a weirdo |
| RON: | It's true. |
| SHELLEY: | You are a weirdo. |
| RON: | Soon you'll have the whole bed to yourself, never know what's up, watching day dramas. |
| SHELLEY: | No. |
| RON: | Hook your computer to the tv and those screens and watching the same dramas on the big screen (UI). |
| SHELLEY: | (OV) I've never done that. I don't know how. |
| RON: | (UI) how to do it, hook your computer to the big screen. Use it as a monitor. |
| SHELLEY: | Mhmm, yeah. I need to figure that out. |
| RON: | Well it's pretty easy I mean it's just (UI) HDMI cable. |
| SHELLEY: | Yeah. |
| RON: | So if she can't figure it out, Kameron can figure it out. |
| SHELLEY: | True. |
| RON: | Watch your day dramas on the big screen in bed with the pillows, smearing chocolate all over your naked body. |
| SHELLEY: | That's right. That's right. How would you know? |
| RON: | (UI) now the traffic's moving pretty good now um. |
| SHELLEY: | Good. |
| RON: | I'm almost to Lagoon (UI) what? |

9

UNCLASSIFIED

UNCLASSIFIED

65M-SU-4678738                                                    HANSEN

SHELLEY: You are a weirdo. (UI). I'm hoping they don't call me tonight as my body is trashed. But you know I like what I do for them. The job, it's physically demanding but I mean it's easy. Other than being tired and and sore it's great. And I made forty dollars at lunch. Yeah, that's not bad. You are a weirdo huh huh huh huh.

RON: Why do I keep belching?

SHELLEY: I don't know. Why do you keep belching?

RON: (UI) what I'm kind of hoping is I'm hoping that (UI) guy goes and talks to (UI) but it doesn't go well.

SHELLEY: Right.

RON: Kind of projects that it's going to take two to three months to do a deal with them. So when Robin emailed he said that the better capital people of (UI) deal that are kind of the (UI) brothers. The one brother went back to India. He's going to come back next week. My impression was it will be like at the end of next week and the Robin's belief is that once he comes back they're going to sit down and cut this deal and so that's why you know Robin like guys we're out of time. Um they're going to cut a deal next week so you know unless (UI) comes over there next week and throws a deal on the table that's much better than the deal they have on the table.

SHELLEY: Mhmm.

RON: And it's ready to move like right now, today. Which I don't think he'll, they will. Or these other people are willing to, I just, I just think that it's not worth it.

SHELLEY: Right, I don't either. From the sound of it.

RON: So what I really don't want to do is I don't want to go with (UI) and waste my time talking to them if there's no deal (UI).

SHELLEY: Right. Uhh. Hang on just a sec. Just a second, okay. Yeah it would be nice if you could just.

RON: Sorry well why don't you start working on dinner?

SHELLEY: Okay.

RON: (UI) Okay?

10

UNCLASSIFIED

UNCLASSIFIED

65M-SU-4678738                                                          HANSEN

SHELLEY:            All right. See you in a bit.

RON:                Love you bye.

SHELLEY:            Love you.

End of recording; end of transcript

UNCLASSIFIED

# EXHIBIT 4

65M-SU-4678738                    UNCLASSIFIED                    DVD.wma

United States Department of Justice
Federal Bureau of Investigation



SALT LAKE CITY DIVISION
5425 W. AMELIA EARHART DRIVE
SALT LAKE CITY, UT 84116

| | |
|---|---|
| File Number: | 65M-SU-4678738 |
| Requesting Official(s) and Office(s): | SA Brent Rummler (SU) |
| Task Number(s) and Date Completed: | 5/31/2018 |
| Name and Office of Transcriber: | OST Brittney Balmforth (SU) |
| Name and Office of Reviewer(s): | IA Jennifer Slaughter (SU) |
| Date of Interview: | 1/17/2017 |

Source File Information
            DVD.wav

VERBATIM TRANSCRIPTION
Participants:

| | |
|---|---|
| Ron Hansen: | Hansen: |
| Mike LNU: | Mike: |

Abbreviations:

| | |
|---|---|
| Unintelligible | UI |
| Phonetic | PH |
| Unidentified Female: | UF |
| Unidentified Male: | UM |
| Recorded Message: | RC |

1

UNCLASSIFIED

| | |
|---|---|
| Mike: | Good morning, sir. |
| Hansen: | Hey, Mike! How are you? |
| Mike: | Doing fantastic. How are you? |
| Hansen: | Um, well I didn't let myself recover from this uh, concussion, right? And then I got a head cold and now I'm not [Laughs] now I'm a mess. [Laughs] |
| Mike: | [Laughs] Well, I'm a-I've got a cold, but it's-I'm-I made the-unable to tolerate, so. |
| Hansen: | Yeah,  I...I should've taken more time to recover from the concussion, and then I caught a really bad head cold and somehow that sort of like relapsed me back into that concussion fog stage, you know? |
| Mike: | Yeah. |
| Hansen: | So, I don't know if that's just me making things up in my mind or if it's just the cold or just-anyway, it's frustrating 'cause, you know, I already walk around mostly stupid most of the time, but now I feel like I'm [Laughs] I'm particularly dense. [Laughs] So, but um, let me share with you what's gone on. So, we ha-I had a person in China, Nado Yong [PH] who had an option to invest a hundred and fifty thousand dollars uh, into Nuvestack by the end of December the thirty first, but I also had an option so, what I'm about to tell you I'd appreciate you don't share with anyone, 'cause nobody in the company knows this but, I've-think that you need to know this so you understand what happened. So, I had arranged for Larry to be able to get some money from a group of people, where-where Larry would actually be the one putting the money in so that he would have the ownership... |
| Mike: | Yeah. |
| Hansen: | And so, but there was-but-a-anyway, that was all lined up, ready to go and then the-the people who were suing Larry uh, basically went nut-so [PH] and this happened the first week of January, so it's like, I had sort of slow walked Nado Yong [PH] um, so that Larry would have this opportunity so I could try and help Larry out of, you know, his-I don' know if you know anything about what Larry's been going through but-- |
| Mike: | Oh, yeah. |
| Hansen: | he's basically been going through financial hell for several years now. So, I'm tryin' to help Larry with this, and then, of course, the week after, I |

2

|  |  |
|---|---|
|  | don't know why these things always happen this way…you know, it's like they couldn't have done this the week of Christmas so that we'd have the last week of December for me to push Nado Yong [PH]-- |
| Mike: | Yeah.-- |
| Hansen: | they wait 'til Nado Yong's [PH] um, option expired and then they went nut-so [PH] on Larry again where it made it to where he-it's impossible for him to-to take advantage of that option. And I was just sitting there going, "Are you freaking kidding me? Really?" [Laughs] "Can we just one time…" It's like, Mike…why-it's like, can we just one time to catch a break, you know? And evidently, the answer to that question seems to be, "No." But what's-what's happening-I-I have more to tell you, but you said you have an update. What's happening on your side? What's your situation?-- |
| Mike: | [UI] I…well. I have this job but uh, today I got a letter um, this letter confirms, "We received the payment January seventeenth. This amount settles in full and we'll be closing the file on the Amex." It's done. |
| Hansen: | Wow. Awesome. Congratulations. |
| Mike: | Well… |
| Hansen: | I-I'd-I'd like to be able to pay off my Amex. [Laughs] |
| Mike: | Well, I k-I-I-I sold my truck-- |
| Hansen: | Oh-- |
| Mike: | 'cause I-I had [UI] so, I got a-a-c-I had to get a car and so, and I sold the truck and got some-enough out of it, and called 'em up and said, "Hey, I can settle for this," and they agreed and, I just a letter from-stopped by their office and signed the deal and it's now done. They closed the file. |
| Hansen: | [Moan] Alright.-- |
| Mike: | You gotta do-you gotta do what you gotta do. Now it's-now I gotta start diggin' out of the other holes. But that was the big one. |
| Hansen: | Well…so…well, n-congratulations on getting that. Um, that's-I'm sorry if the pain that associated with that. So, let me tell you what I'm doing. So, I do have two other people who have money. Um, I'm fairly confident that I can get uh, these guys to put the money in and so, it's just-it may take, you know, it-it may take a-a couple of weeks to-to do this. I have some other money that's already been committed. Um, so I-I'm-we'll get this worked |

3

out to where I'll be able to start paying you a monthly amount. I thought with-with what I had arranged for Larry that I-I wou-had, you know, at least the first couple of months of that worked out. Um, I got blindsided, he got blindsided. He's-he's-I think there's a ninety percent chance that he's gonna have to move out of his house-that he's losing his house uh, by the end of next week. And so, he's kind of scrambling trying to find a place for his-to move his family.

Mike:          Oh, that's-I just moved again, this weekend. So, I understand. [Laughs]

Hansen:        So, but…so, that's not, you know, his problems aren't your problems--

Mike:          [UI]--

Hansen:        but unfortunately his problems…

Mike:          Effect--

Hansen:        uh, you know blindsided us. And you know, so where I was trying to create some-well, I was trying to do something in-you know, that would've helped him. It ended up hurting us. And it's just like, "Geez." [Laughs] It's like, "Come on, God! [Laughs] We're trying to do something that would help everybody here," um, I-that's-so, um, it-and then a-a-anyway, there's-I-I do have these two people. It's not starting from scratch. I've already had conversations with them. They're very interested in it. Uh, I was gonna have a meeting with the one on Friday of last week, but he caught whatever flu seems to be tearing through Utah. Um, so that meeting didn't happen. But I'll be meeting with him this week. And then I have a backup plan to him. I'll be meeting uh, with the s-the backup plan no later than Friday. So, I'll just keep the posted on that.

Mike:          Ok.

Hansen:        But I-I do believe that, you know, one or both of these guys will invest within the next couple of weeks. I'll be able to start paying you some monthly fees to get this paid off and start whittling down on it. Um, so that's-that is--

Mike:          Ok.

Hansen:        what happened and that's--

Mike:          Well, I'm just-I'm just daily tryin' to dig out of my hole and I made a big-big progress today, so. But it's ok.

4

| | |
|---|---|
| Hansen: | Um, so…well, I was gonna-going to ask you, you know, on the-the difference between stock and cash but, until I get the cash squared away and start making your payments and there's no reason for you to make that decision today, 'cause if I were you, I'd watch and see what really happens with Nuvestack Direct and Aaron's Rental Centers. You know, 'cause that will, depending on what happens, it'll obviously be a pretty easy decision. You know, if the stock is worth three hundred thousand dollars, then you know, you take the stock. |
| Mike: | Yeah. |
| Hansen: | If it's worth three thousand dollars, you take the cash. [Laughs] So… |
| Mike: | Yeah. Yeah. Well, yeah this whole deal was-it's been a year. It's still been an interesting year. So. |
| Hansen: | Yeah. I uh…there's a lot of days I wake up and I just feel like gettin' in the car and driving to another state and you know, looking up one of my aliases I used when I was in military intelligence and creating a new persona and [Laughs] never looking back. [Laughs] |
| Mike: | [Laughs] Um… |
| Hansen: | I was just-- |
| Mike: | I-I like gettin' up and fightin' another day and… |
| Hansen: | [Laughs] |
| Mike: | and tryin' to-tryin' to get by and tryin' to do the things that I'm supposed to be doin'. I'm not tryin' to hold grudges and just move forward and do the best I can. |
| Hansen: | Well, that's admirable of you. Um, how-how is your new job going? |
| Mike: | Great! [UI] is great. Good company. The-they've been around a long time and I'm on the executive team. I'm-I'm doing everything. Basically acting as CTO, just going through, modernize the whole company. I've got a company coming next week and-their-they have a-a physicist write their software that takes weight in consideration of their uh, printing-- |
| Hansen: | Mhm. |
| Mike: | and so their waste-their waste is like under uh, under a half percent, because they use weight calibrations as part of their software. |

| Hansen: | Mhm. |
|---|---|
| Mike: | Nobody's ever done it like this, so I'm upgrading but it-unfortunately it's on a-a-a-HP back system. [Laughs] |
| Hansen: | [Laughs] |
| Mike: | And so, I've got a company comin' in and a bunch already-I'm spearheading the-the upgrade. We're modernizing the whole company and then we're launching-I'm helping 'em launch some web stuff, uh, web printing. And uh, doing a bunch of things. So, it's [UI]-- |
| Hansen: | Wow. |
| Mike: | it's old-old becoming new, so, instead of a printing company, we're a technology printing company that's gonna-that does printing. So, that's I'm converting 'em to, so. Been fun. |
| Hansen: | And where-where is their office at? |
| Mike: | Uh, two forty one uh, west, seventeen hundred south. |
| Hansen: | What town is that in? |
| Mike: | Salt Lake. |
| Hansen: | Oh. So, two forty one west. Ok. |
| Mike: | Yeah, so it's just uh, if you go, just-it's just south of the ballpark. |
| Hansen: | Ok. Yeah. |
| Mike: | So, there's thirteen hundred and then seventeen hundred-- |
| Hansen: | [Clears throat] |
| Mike: | that major one there-right there. Right a-close to the TRAX station, so. |
| Hansen: | Nice. |
| Mike: | It's good!-- |
| Hansen: | Well, that's fun as a technologist to have uh, a project-- |
| Mike: | Oh, yeah. |

6

65M-SU-4678738                    UNCLASSIFIED                    DVD.wma

| | |
|---|---|
| Hansen: | like that. |
| Mike: | It's a huge project. It's six months, uh, it's a-it's a challenge and then I'm modernizin'-I've gone through and doin' [UI] they call kill back the onion. They've got processes broken and they've got new-new machines that need data, and so I'm getting-they just put in a brand new printer-printing press and I'm pulling data and converting it from uh, PLC, which is analog to serials, from serial to [UI] to digital. And then capturing that data, so. It's-it's a fun project. |
| Hansen: | That sounds like it. |
| Mike: | I told-- |
| Hansen: | That's nice-- |
| Mike: | "'Cause once you get it done," I says, "we should patent it, 'cause nobody's doin' it." And they said, "Ok." So, then I'll go off and do a patent with it them, so. |
| Hansen: | Cool. |
| Mike: | So, it's good. |
| Hansen: | Very nice. Alright, well I'll give you a call on Friday after I've talked to these two ya-hoos [PH] and let you know what's-what happens with 'em. |
| Mike: | Ok. |
| Hansen: | Alright, good to talk to ya, Mike.-- |
| Mike: | Thanks, [UI]-- |
| Hansen: | Have a good week.-- |
| Mike: | You get better.-- |
| Hansen: | Thank you.-- |
| Mike: | Take care.-- |
| Hansen: | Thanks.-- |
| Mike: | [UI] |
| Hansen: | Alright, talk soon-- |

7

65M-SU-4678738                          UNCLASSIFIED                          DVD.wma

Mike:            Ok, bye.

Hansen:          Thank you.

Mike:            Bye.

Hansen:          Bye.

End of recording. End of Transcript.

# EXHIBIT 5

UNCLASSIFIED

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



SALT LAKE CITY DIVISION
5425 W. AMELIA EARHART DRIVE
SALT LAKE CITY, UT 84116

| | |
|---|---|
| File Number: | 65M-SU-4678738 |
| Requesting Official(s) and Office(s): | SA Brent Rummler (SU) |
| Recording Identification Number: | 8651085T |
| Date Completed: | 6/1/2018 |
| Name and Office of Transcriber: | OST Melissa Tubbs (SU) |
| Name and Office of Reviewer(s): | Chelsey Rodriguez (CD) |

VERBATIM TRANSCRIPTION

Participants:
| | |
|---|---|
| Ron Hansen: | Hansen |
| Ivan Escobar: | Escobar |
| Colin Kelly: | Kelly |

Abbreviations:
| | |
|---|---|
| Unintelligible: | UI |
| Overlapping Voices: | OV |
| Phonetic Spelling: | PH |

UNCLASSIFIED

01:08:24 into Recording; Beginning of Transcript

| | |
|---|---|
| Hansen: | So why does it have to be Dylan?  Do we not have anyone else on the team who can do this?  Cuz every time we talk about it, its like, "Well, Dylan didn't do it.  Well, Dylan didn't do it."  It's like, uh, obviously Dylan is never gonna do it.  So – |
| Escobar: | So, I-I've asked for, I-I've asked actually to take it over.  I just need access to the server.  And I don't have access, remote access to the, to the, uh, Lights Out Management.  Which, I think right now you have to go through the, through their firewall, um, that is down in Tonaquent [PH]  and, um, if I recall correctly, only two people that had access to, uh, Dylan was one of 'em the other one, uh, is one of the guys that left. |
| Hansen: | Well, a-and so the thing to me would be i-it's just like that call yesterday.  If I'm Dylan, I would've said "Nope, I-I'm not gonna be on this call, cuz I need to be talking to Dale."  Cuz what did he contribute to the call yesterday? |
| Escobar: | Yep. |
| Hansen: | Nothing.  And this is what I'm talking about.  W-we defer a result that needs to get done, to talk.  And yesterday was just a meet and greet.  And so, yet again, we don't get Tonaquent [PH] done because Dylan is sitting on a useless call for three hours.  A-and that's where it's like, as an engineering team, I'm wanting people to be able to make those decisions. |
| Escobar: | I agree. |
| Hansen: | I don't, I-I need the engineering team to be able to say, "Hey, you guys probably got this.  This is just a meet and greet."  Right? |
| Escobar: | Yep. |
| Hansen: | "So, I can stay off the call, a-and do actual engineering things."  Cuz we don't even know if we're gonna hire these guys, right?  So – |
| Escobar: | Correct. |
| Hansen: | Anyway.  Um, just get the Tonaquent [PH] thing done.  I-it just needs to get done. |
| Escobar: | Okay.  Will do. |
| Hansen: | Ya know?  I…ya know.  It's two months now. |

2

UNCLASSIFIED

UNCLASSIFIED

| | |
|---|---|
| Escobar: | It's too long. I agree. |
| Hansen: | I-it's ridiculous. And so, I-I hate to be that guy who is like Dave that says, "Look, do I have to tell you stop doing everything else until this is done?" I don't wanna be that guy! I don't even wanna have these conversations. I-I want the engineering team to figure things out. To, i-it's like, to me Colin, if something has been on my list – and there are so many things that are on that daily list, that if you go back and look at one December, those same things are on the list. Why doesn't that drive our engineering team crazy? |
| Kelly: | And, yes, you're right. Those are only a small portion of the numbers that are on the real list, so you're – that thing that Chris sends out? That's just the support-support issues. That's not all of the ongoing [UI] [OV]. |
| Hansen: | [OV] Right but if the support issues to our customers, a month and a half later, are all still on the list? |
| Kelly: | Yeah. Yeah. Absolutely right. Totally right. |
| Hansen: | Why doesn't that bother anyone? It bothers me! Every day when I pull that up, I'm hoping to see something gone from the list. And for a month?! It hasn't changed. I mean, maybe one thing has come off that list. The I-R-A thing. Everything else is still there! Why doesn't that drive the engineering team crazy? Ya know and that's the difference between process people and result focused people. And that's what I'm telling you guys, and that's what I'm telling Dylan. If we give people tasks that never lead to a result, I could fire that person and not know they're gone. Why? Because their work never led to a result. So whatever it is they're pushing around on their computer screen all day, every day, if it's not leading to a result, I wouldn't know if they're not there because it never led to a result. So we have to, as a team, everything we're doing, has to go to a result. Whether it's a change in software, a change in hardware, uh, getting, uh, customer service things off the list. It has to end up in a result. We don't pay people for process. We don't pay people to sit around and hypothesize all day long or do tests on things that are not related to what our result needs to be. And, and so i-it's like, if as an engineering team, we can't identify that, then we have the wrong engineers and we need to get people who can, can identify what's the result and get there. And so I-I agree with what you're saying, Colin. We need to do a better job of communicating, but I'm just disappointed that – cuz this, and this is what I told the guys at H-11. It's like, if I have to come down and task-by-task, identify to you, or do it for you, (laughs) then I don't need you. That, that's what they're paid to figure out and to get to those results. And I know I'm oversimplifying this. |
| Kelly: | Yeah. |

UNCLASSIFIED

UNCLASSIFIED

| | |
|---|---|
| Hansen: | I know there's a ton of stuff out there that I don't see every day. |
| Kelly: | Yeah, but you're right. But you are right. I wanna make that clear. I-I agree. |
| Hansen: | Ya know? But the stuff that I am seeing? Never is getting done. So maybe they need to start showing me things that are getting done. But, we do need to get things off that list. I-it's stupid to produce a list every day that never changes. It's like, then don't waste time on a call talking about things that no one's actually ever going to work on. Sorry, I'm venting Ivan. |
| Escobar: | (Laughs) |
| Hansen: | I-I'm being, Brian the Belligerent today. So – |
| Escobar: | That's alright. |
| Kelly: | We agree with ya. |
| Hansen: | Sorry about that. |
| Escobar: | No, no problem w-we understand your frustration. We actually feel it as well. Um, for this meeting today, I'm actually glad that you'll be there. I-I'm glad that you were in the meeting yesterday and that you actually reinforce the, uh, t-the focus on getting those A-P-I's, which is something that I-I felt like there was, even in previous meetings that, um, that Dave and Larry have not focused on, which is a very, I think is even more, or as important as ensuring that the NuveStack app works properly. So, thank you for that. Um, look forward to h-hearing, uh, how your meeting goes this afternoon a-and for our call on Monday to actually review, according to the feedback, you'll get, um, for the business, uh, business desktop and the business plus. |
| Hansen: | Yeah, I'll call you, um, this afternoon as I'm driving home and if and to see if you guys are available. |
| Escobar: | Okay. |
| Hansen: | Let ya know, uh, what kinda came out so people can start talking about that and thinking about it. Um, t-the one thing, so, Larry and I have, I think, we've pretty much maneuvered Dave where Dave can't talk to Lance unless Larry or the NuveStack direct guys, unless Larry invites him to a meeting. Um, I'm going to be really disappointed if Dave is at this meeting this afternoon, but whether he is or not, um, one of the things that we're introducing to Lance, the NuveStack direct people, as t-the people they should be talking most to is Larry and to me. And, I'm gonna start |

4

UNCLASSIFIED

UNCLASSIFIED

|  |  |
|---|---|
|  | driving them very hard, like, what we're saying, "How are you guys really gonna sell?  When's your website?" |
| Escobar: | Yes. |
| Hansen: | "Is the website being built right now?  Cuz we need to build the A-P-I's to connect your front end website to our system." |
| Escobar: | Yes. |
| Hansen: | Uh, "Who do I need to be meeting with every week to talk about that?" And, those are the kinda things that I'm gonna start beating out of people today. |
| Escobar: | Thank you. |
| Hansen: | Um, and then, ya know, um, just stepping in front of a lot of that.  Um, o-otherwise I'm going to go back and get one of my, uh, fake, uh, personas that I still have all of the social security numbers for and stuff like that, when I was in the intelligence world and I'm just gonna disappear and you guys are never gonna find me again, so… |
| Escobar: | (Laughs) |
| Hansen: | So, that's my other thought that I'm contemplating.  Is just disappearing completely off the face o-of the grid and y-you will never find me and that will be the end of it. |
| Escobar: | So, I'm okay if you do that as long as you have an extra of those, uh, persons. |
| Kelly: | Yeah. |
| Escobar: | (Laughs) Take me with you! |
| Hansen: | (Laughs) Alright, guys.  We'll talk soon, thanks. |
| Escobar: | Thanks Ron.  Bye. |
| Hansen: | Bye. |

UNCLASSIFIED

# EXHIBIT 6

UNCLASSIFIED

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



Salt Lake City Field Office
5425 West Amelia Earhart Drive
Salt Lake City, UT 84116

UNCLASSIFIED

File Number:                           65M-SU-4678738

Date of Investigation:                 1/27/2017

Location:

Date Transcribed:                      5/31/2018

Full/Partial Transcription:            Full Transcription

Transcriptionist:                      OSS Tanya Jensen

Recording Identification Number:

Participants:                          Ron Hansen, Michael Owens

Abbreviations:                         RH=Ron Hansen
                                       MO=Michael Owens
                                       (PH)=Phonetic
                                       (UI)= Unintelligible
                                       (UK)=Unknown

UNCLASSIFIED

VERBATIM TRANSCRIPTION

Start 00:00:00

Phone ringing

(U)MO:     Hey Ron

(U)RH:     Hey Michael, how are ya?

(U)MO:     Doin alright, what's goin on?

(U)RH:     Well, I just wanted to call and personally apologize
           to you for failing on this uh, you know on the Harvard
           Medical School, I I just feel like, you know, you and
           I have been sort of led along and lied to and I don't
           understand you know what what's goin on and you know
           uh, Matt Heaton's brain

(U)MO:     Yeah

(U)RH:     uh, you know cuz, to hear the way that it was
           presented to us, you know, when he first heard about
           this way back Septemberish, you know

(U)MO:     Yeah

(U)RH:     he went right out and bought a X, big chunk a hardware

(U)MO:     Right

(U)RH:     and how do you go from that reaction to you know now,
           he's sending us cryptic messages through, what's his
           guy's name? Is it Matt Williams? Matt

(U)MO:     (UK) Matt Richards I think

(U)RH:     Matt Richards, you know saying

(U)MO:     I haven't, I haven't heard anything, is he saying
           things?

(U)RH:     Well, Matt Richards sent uh, uh, cryptic message that
           was like, well, you know, we're not one hundred
           percent where we ultimately want to be, and I'm not
           sure you know that we should take on this huge project

UNCLASSIFIED

UNCLASSIFIED

like uh Harvard Medical School if we're not one
hundred percent you know and we're not gonna be there
for a couple weeks and it's like, hey, mother "F"ing
loser.

(U)MO:   Yeah

(U)RH:   You told us two weeks ago

(U)MO:   They told us in October

(U)RH:   Well, yeah

(U)MO:   (Chuckling)

(U)RH:   but, I mean (Chuckling) you know, they've told us
fifteen times but, you know, let's just go to the most
recent time, you know,

(U)MO:   (Chuckling)

(U)RH:   we can have a call you know the following week and
start the proof of concept that following Monday, it's
like why would you say this out loud? If you

(U)MO:   Yeah

(U)RH:   uh, uh, I mean were you were you just lying to us? Why
why did you even say that? And

(U)MO:   (Chuckling)

(U)RH:   So, I'm still I'm still pushing Larry, and I'm going
to see Larry here in a minute and I'm gonna push him
again to say, hey Matt Heaton, before you make a final
decision could you just at least get on the phone with
Adam and have a conversation direct Adam to you, is is
that possible, can we just get that, an and then if if
if after talking to Adam you say, oh, you know what,
I'm a loser I'm not gonna do this; fine, but, ar are
you really going to not even have that conversation?
Really?

(U)MO:   Yeah

(U)RH:   After

UNCLASSIFIED

UNCLASSIFIED

(U)MO:    I know it doesn't make any sense

(U)RH:    You know, so, cuz it just doesn't make any sense to me
to, where Matt Heaton hasn't personally talked to
Adam, to say that they you know any anyway, that's,
so, why don't you tell me from your side, do you even,
do you want me to try and make that happen, or do you
want

(U)MO:    I mean if that

(U)RH:    to just tell them to "F" off and and have Adam go a
different direction?

(U)MO:    I mean, it's it's up to Adam, Adam (UK) still says
he's gonna hold on as long as he can um, but, (UK)
he's already tested

(U)RH:    Uh, uh

(U)MO:    everything else,(UI), or us, rather I I almost just
want to say you know "F" it because then I mean if
Heaton doesn't want it, he doesn't want it , and I'm
not gonna chase him for it, you know (Chuckling)

(U)RH:    Right

(U)MO:    But, but, it also hurts us to so (UI)

(U)RH:    Well, an, but I'm

(U)MO:    (Chuckling)

(U)RH:    you know to me, cause I like to be fair and equitable
to everyone, you know, like you, I feel the pain of of
uh, dragging Adam down this path, and

(U)MO:    Yeah

(U)RH:    so, if if it's okay

(U)MO:    if we can't do it

(U)RH:    if it's okay with you, um, I'm gonna push Larry and
say, "Larry, is it, is it possible, yes or no to get
Matt Heaton on the phone with Adam so they can have a
conversation? And then if at the end of that

UNCLASSIFIED

UNCLASSIFIED

conversation Matt Heaton says "You know what, I'm not gonna do this, Then we'll we'll have a definitive answer, if Matt Heaton has already definitively made that ans(*) that decision Larry and for whatever reason you guys are just not truly one hundred percent clearly, properly, uh (Chuckling) conveying that to us, now would be the time to just say hey, "F" you guys we're not doing it and don't ask again." And then at least

(U)MO:    Yeah

(U)RH:    we can stop talking about it if if if if the final answer is I'm not "F"ing doing it then just say that.

(U)MO:    Yeah

(U)RH:    Just say

(U)MO:    Yeah, that's what

(U)RH:    for whatever crazy reason this person who presents himself as the top data center provider on the freaking planet doesn't want to host Harvard Medical School data, that doesn't, that's completely illogical but,

(U)MO:    (UK)

(U)RH:    if that's really the answer, just say that.

(U)MO:    Right, I'm I'm  willing to give it one more shot, but, I'm not even, the last couple times I haven't even told Adam, that, to expect a call, cause I've been screwed so many times (Laughing)

(U)RH:    Right, so so, let me push, let me push on Larry and see what he says about that and you know, we'll either cause I'm just gonna tell him, it's like one way or the other Larry, we need to final answer now. And,

(U)MO:    Yes

UNCLASSIFIED

UNCLASSIFIED

(U)RH:   by final answer it's like Yes, Matt is gonna get on the phone with Adam on Monday or no we're never gonna talk about Harvard Medical School again.

(U)MO:   Right, (UI)

(U)RH:   But, either way we have to have a final answer.

(U)MO:   Right, a final answer or at least a conversation cause, Adam, part of Adam's um, reason he wants to do this is because Don and I are on staff, he knows he knows that we can push for anything, but, right now our pushing (Laughing) really doesn't do anything. So, I don't know (UI) (Talking over each other)

(U)RH:   Well, so, let me ask you this question. For what Adam is asking for and for this testing, I mean is this a test that we could host on like the Tonaquin (PH) servers? Or does it have to be

(U)MO:   No

(U)RH:   on something

(U)MO:   unfortunately it

(U)RH:   that's tested inside of Matt's

(U)MO:   It has to be tested inside Matt's, because he's built the fans and he's built all the stuff, um, we'd need time to build some, and money to build something like that out. Um, and (UI) but, D(*) storage is more of Dylan's (PH) thing than mine, I'll let you, I'll let him, you know, if if you, if you want to talk about building it out, talk to him about it. Um, but, there's a lot of extra "T"s that we don't have for that, because Heaton was going to have it, you know what I mean? (Chuckling)

(U)RH:   Right,

UNCLASSIFIED

UNCLASSIFIED

(U)MO:     They were gonna, they were gonna write out the API's and
           do all that stuff, and it's something that we haven't
           even thought about doing yet cause, we (UI) at it.

(U)RH:     Alright, let me jump topics on you, in in general on the
           projects that you guys are working on how's that going?
           Wha(*) what kind of things are you on the engineering
           team working on and how's that going for you?

(U)MO:     Uh, pretty good so far, right now we're working on the
           uh, uh, automated bid processes of the servers of the
           back end, so, um, uh, spinning up and and  building um
           when when we're ask to pull the trigger, just getting
           that all ready to go so that it's it's automated as
           possible. Right now that we know more about what their,
           what they what they want, so it's a lot easier to do.
           (Chuckling) Um cause we've been given the profiles that
           that we at least to get to get started off of. So, we're
           doin that, and uh, and that's uh pretty much takes up
           most of the day. (Talking over each other)

(U)RH:     So, I ask you this question

(U)MO:     Yes

(U)RH:     You know uh, one time when I was drilling down with Dylan
           (PH) and he said like our dog groomer is on a server all
           by himself, so, with the Nuvestack direct where we bring
           in you know the student person the individual person,
           the business person, the business pro person, how

(U)MO:     Yes

(U)RH:     do we keep those guys separate and so that they can't
           see each other?

(U)MO:     Uh, they won't be able to see each other, they will be
           able to see um, they'll all have the same applications
           running and stuff like but, you, going by access rights
           um, they'll only have access to their own personal

UNCLASSIFIED

UNCLASSIFIED

shares. Right, so, I wouldn't have access to your shar(*) well, if I was a customer I wouldn't have access to your share, um, based on

(U)RH: So, with um, with the business or business pro um, if if say I have fifty employees and I want my engineers to share a drive I can do that right?

(U)MO: Yes, that's that's, yeah, it's all per missioning, right, so, we can divvy that up however you want. If you want to have it if you want to have it so that one person has access to you know each one of their own personal drives, if you want to have a shared drive for everyone, yeah, that's all, that's all doable.

(U)RH: Ok, and then since we're we're having these you know four flavors, student, individual, business, business pro, if I am a business and I or an individual and I want to add additional storage, how easy is that to do in an automated like I I go back to Nuvestack's Direct Webs(*) instead of you know, instead of twenty gigabytes I want one terabyte of storage, how easy is that to do?

(U)MO: Uh, that i(*) from, from our standpoint um, there's there's a lot logic that needs to go in there, we would need to have a front end web developer um, er, whoever develops um, Nuvacenter

(U)RH: Right

(U)MO: uh, probably to take care of the front end piece, but, from the back end piece um, (UI) the we know the logic we just haven't inputted it yet because there's no front end (UI)

(U)RH: Right, but it's doable?

(U)MO: Yeah, as far, as (UI) um

(U)RH: Is it a big lift or a small lift to allocate uh an option like that?

UNCLASSIFIED

UNCLASSIFIED

(U)MO:    Um, I'm gonna say, uh, I'm gonna say medium. (Chuckling) Just because of the (UI)

(U)RH:    Because you're an engineer and you always hatch, just tell the truth. (Chuckling)

(U)MO:    (Chuckling) well, I don't know, uh, unfortunately I haven't, I've, I've never done it before; I've seen it written and I've seen it done um, so I know I know how it's need to be done, but, I don't know what the problems might come up you know when we start doing it.

(U)RH:    Right, well, I I'm jus(*) messing with you.

(U)MO:    Yeah, I know (Laughing) I I do my best to never give a timeframe, but, (Laughing)

(U)RH:    Good good enginee(*)

(U)MO:    cause you never know what's going to come up

(U)RH:    like, I've been you know spending a lot of time talking with Colin this week, I swear to God there's been like five times if we were in the same room I'd of shot him. It's like

(U)MO:    (Chuckling)

(U)RH:    stop giving me the engineering answer Colin, I want a yes or a no

(U)MO:    (Chuckling)

(U)RH:    Well, you need to underst(*), I don't "F"ing need to understand, I need you to say Yes, or No. And he, I swear to God I could not beat a Yes or a No out of him to save my life.

(U)MO:    (Chuckling)

(U)RH:    and it was like, well, there's these other five things you have to consider, and it's like, I've already considered those, now I'm looking for the yes or the NO.

UNCLASSIFIED

UNCLASSIFIED

(U)MO:      After, after what you told me happened uh last week, or,
            I guess it was the week prior, um, I can't say I blame
            him for not wanting to give an answer. (Laughing)

(U)RH:      So, which thing was that?

(U)MO:      Talking to Lance,

(U)RH:      Oh,

(U)MO:      Him talking to Lance and Brett yeah

(U)RH:      Well, he should've never been talking to them

(U)MO:      Yeah

(U)RH:      and Ivan should have stood up and walked over there and
            made him sit down. I mean they both really blew it.

(U)MO:      Yeah

(U)RH:      Because it's like, are you not seeing the reaction you're
            causing, at what point are you going to stop talking?

(U)MO:      (Chuckling) Exactly

(U)RH:      (Coughing) um, so, by the way, neither of them will be
            at this meeting that's starting in twenty minutes cause

(U)MO:      You meeting with (UI)

(U)RH:      Oh, yeah, so that will never happen again.

(U)MO:      (UI)

(U)RH:      (UI) it's just like Colin, cause it's just like for me,
            when I was talking to him it's like it's a yes or a no,
            do you not hear the frustration in my voice? Do you not
            hear the building anger?

(U)MO:      (Chuckling)

(U)RH:      You know and I I told him, I said, Colin, this is the
            reason that sometimes Dave goes completely ballistic
            because

(U)MO:      Yeah

(U)RH:      you know as as an executive team there are times where
            you need to have the yes no answer and you know

(U)MO:      (UI) I just wanna

UNCLASSIFIED

UNCLASSIFIED

(U)RH:     if you're incapable of doing that Colin then I need to
           be talking to somebody else.

(U)MO:     I just thought of um, I just thought of the other reason
           we haven't um, well it's not the other reason, (UI) uh,
           the other reason we haven't started on on on that piece
           yet because with better servers the back ends gonna
           change, we don't have anything to test with yet. We
           haven't done a lot of that because um, we don't have
           access to their back end. Right, to the better servers
           back end so we're we're going based off what we're doing.

(U)RH:     Alright

(U)MO:     We changed we'd changed the entire top level which is
           good, because we'd the management of it would would would
           be moved from us to better servers, right, but, um, if
           we would, it's two different ways of lifting it
           (Laughing). Uh, from our end, from from the servers that
           we have to being on better servers.

(U)RH:     Yeah, so, alright, well, I will

(U)MO:     Which is (UI) and that's the other

(U)RH:     Uh

(U)MO:     thing that scares me, we we haven't um, we really need
           to be on better servers for at least a trial um piece to
           uh (UI)

(U)RH:     Right, that's the other thing I'm gonna talk to Larry
           about you know cause it's it's like Larry you keep not
           getting this done. You you told us on Monday that we
           would be into better servers by Thursday, it's Thursday.

(U)MO:     Right

(U)RH:     you know and it's like, I get it. Lan(*), you know Matt
           is still building his little perfect world, but, at some
           point we have to have access to his hardware so that we
           can start testing things inside his hardware and yeah

UNCLASSIFIED

UNCLASSIFIED

maybe his hardware configuration maybe tweaked a little
bit but, ok, but, that's a tweak. It's not like we have
to start over.

(U)MO:    Right

(U)RH:    You know, there's a whole bunch of work that if we're
running crap on his hardware that can be done right now
in preparations for you know this hopeful on slot of
users.

(U)MO:    Right

(U)RH:    So,

(U)MO:    An and we've been and an it's been it's been kind of
frustrating to us cause we've been one week away from
getting access to better servers since March. (Laughing)

(U)RH:    Well there were even times where I was told that we were
in better servers

(U)MO:    (UI) yeah

(U)RH:    then I would find out a month later that we weren't, and
I'd be like what the.. So why was I told

(U)MO:    (UI)

(U)RH:    that we were, you know, I mean

(U)MO:    You were, with my first week or month, I I can't, I think
I started in March. First week or month first couple of
weeks we had it, and then I haven't seen it since. So,

(U)RH:    Yeah, so, an any way yeah, that's that's that's gotta
change here very quickly

(U)MO:    Yeah

(U)RH:    Otherwise, I have to go back and get one of my fake
personas I used in the intelligence world and disappear
and you guys will never see me again.

(U)MO:    (Laughing) well hopefully it doesn't come to that.

UNCLASSIFIED

UNCLASSIFIED

(U)RH:     Hey, they're all valid social security numbers, you
           know, created by the US government, no one will ever
           challenge them.

(U)MO:     (Chuckling)

(U)RH:     Tied to those names with birth certificates that match
           age. I could very easily take up

(U)MO:     (UI)

(U)RH:     one of those personas and and no one not even the IRS
           would challenge it as a legitimate persona

(U)MO:     (UI)

(U)RH:     it would be very easy, it's not like I have to go buy
           fake documents, the US government created these
           documents.

(U)MO:     Yeah, yeah (Chuckling)

(U)RH:     There there actual US government documents, it'd be very
           easy. Um,

(U)MO:     Well, hopefully it doesn't come to that. (Chuckling)

(U)RH:      so, I do have my um, I do have my escape route charted
           out, just so you know.

(U)MO:     (Chuckling) well hopefully it doesn't come to that.

(U)RH:     Yeah, so, alright, well, like I said um, over this
           weekend, we will either beat out the Matt is gonna talk
           to Adam on Monday or we're never going to talk about
           Harvard Medical School again.

(U)MO:     Alright, fair enough. Then the um

(U)RH:     and

(U)MO:     the (UI) we can sti(*) we can still service um people on
           the on the hardware uh, if we we'd need we need new
           hardware hardware for it, but, that's what we've been
           doing, right, we can do the ser(*)we can give the service
           we've been providing the uh, normal, um, the
           conventional method that we're using right?

UNCLASSIFIED

UNCLASSIFIED

(U)RH:      Sure

(U)MO:      If if need be

(U)RH:      (UI) any way let's let's see how this plays out and then
            you and I will have another discussion on Monday and you
            know make a decision of what we want to do.

(U)MO:      Ok

(U)RH:      So, (UI) check in with you kinda of see where your head
            is at and

(U)MO:      Well, I'm I'm not gonna lie and say I'm not upset about
            it, I'm I'm really upset about it but, I'm just not upset
            with you. (Laughing)

(U)RH:      Well, an an

(U)MO:      You know its (UI)

(U)RH:      you know because I mirror your anger you know it it's
            like

(U)MO:      Yeah

(U)RH:      if if I could go hold a gun against Matt Heaton's head
            an and force him to do this without completely blowing
            up our relationship with him, I'd do it.

(U)MO:      Yeah

(U)RH:      I think you know that I would do it. (Laughing)

(U)MO:      (Laughing)

(U)RH:      Um, it it's just you know, and this this you know it's
            like I understand Larry, you've you have a lot of things
            that are going on in your life that are ugly and are
            horrible and I feel really bad about it, but, at some
            point that has to stop being the reason why we're not
            getting things done. If if you

(U)MO:      Right

(U)RH:      if you can't get it done then step out of the way and
            let somebody else do it.

(U)MO:      Hmm

UNCLASSIFIED

UNCLASSIFIED

(U)RH:   You know, and so, anyway, um, let's let's let's see how
         this plays out and I will call you um, if if I I you
         know for sure let's talk on Monday, but, I may be calling
         you before then.

(U)MO:   Okay, cool

(U)RH:   Do you have anything interesting planned for this
         weekend?

(U)MO:   Um, I'm I'm going back up uh to my home town, uh, Toledo
         it's about two hours north of here um, go visit some
         friends that I grew up with but other than that I think
         one of my friends just got um a virtual reality headset,
         which will be interesting to try.

(U)RH:   Yeah, that will be fun

(U)MO:   (UI)

(U)RH:   Hopefully you won't get air uh motion sickness and throw
         up all over his house. But, uh

(U)MO:   (Laughing) hopefully not, hopefully not, I've used em
         before there, but, the older ones right, not the newer
         ones, so. (Chuckling) um

(U)RH:   Yeah, and and you didn't get motion sickness?

(U)MO:   Um, I I have, um, but, it's not it's not what like you
         think. You just, I lose, I lose my depth perception.
         (Laughing)

(U)RH:   Uh uh

(U)MO:   It's a it's a weird weird weird thing, like for like an
         hour or two when I take off the headset.

(U)RH:   Oh

(U)MO:   I get, I I I, last time I had to make someone else drive
         me home, cause I was afraid. (Laughing) (UI)

(U)RH:   (Chuckling) you didn't want to, you didn't want to crash
         your car.

UNCLASSIFIED

UNCLASSIFIED

(U)MO:     (Chuckling) But, uh, but, yeah,  uh I'll let ya know how it goes to cause I think would be a real interesting um, cause I think that's a really awesome technology. (Laughing)

(U)RH:     Sure, well that'll be good.  Alright, we'll talk soon, thanks man

(U)MO:     Alright, alright

(U)RH:     Good to talk to you

(U)MO:     (UI)

(U)RH:     M, bye