# EXHIBIT 7

65M-SU-4678738 UNCLASSIFIED DVD.wma

United States Department of Justice
Federal Bureau of Investigation



SALT LAKE CITY DIVISION
5425 W. AMELIA EARHART DRIVE
SALT LAKE CITY, UT 84116

| | |
|---|---|
| File Number: | 65M-SU-4678738 |
| Requesting Official(s) and Office(s): | SA Brent Rummler (SU) |
| Task Number(s) and Date Completed: | 5/31/2018 |
| Name and Office of Transcriber: | OST Brittney Balmforth (SU) |
| Name and Office of Reviewer(s): | IA Jennifer Slaughter (SU) |
| Date of Interview: | 6/5//2017 |

Source File Information

DVD.wav

VERBATIM TRANSCRIPTION
Participants:
Ron Hansen:             Hansen:
Dylan Gale:             Gale:


Abbreviations:
Unintelligible          UI
Phonetic                PH
Unidentified Female:    UF
Unidentified Male:      UM
Recorded Message:       RC

1

65M-SU-4678738                    UNCLASSIFIED                    DVD.wma

[Phone ringing]

Hansen:           Hey, Dylan.

Gale:             Hey, Ron.

Hansen:           How ya doin'?

Gale:             Are you doing somethin'?

Hansen:           No, I'm ok, I can talk.

Gale:             Ok. Um, just curious what does the [UI] mean? Is it-like am I getting
                  everything tomorrow or are we planning on talking about it?

Hansen:           Um, so we'll resolve the stock issue and some of the money issue. I don't
                  know if I can resolve all the money issue tomorrow, but I can resolve a lot
                  of it tomorrow.

Gale:             [Pause] Ok. [Coughs] And the stock, i-it does say one and a half percent.
                  Um…

Hansen:           Yes, I-I--

Gale:             I mean--

Hansen:           saw that in your contract--

Gale:             Ok-ok. [UI, OV]--

Hansen:           So, I-I-I-I have a co--

Gale:             [UI, OV] yeah.--

Hansen:           I have copy of your contract. I've had a copy--

Gale:             Ok.

Hansen:           for a while. So, that's why, you know, when you told me that Dave's uh-
                  your contract's not signed, it's not valid, it's like, "Really, Dave? 'Cause I
                  have a signed contract-a signed version of Dylan's contract. And you
                  know, Dave, your-your signature's there."

Gale:             Yeah--

2

UNCLASSIFIED

| | |
|---|---|
| Hansen: | "And Dylan's signature's there. So, it's like, what was your Machiavellian purpose for calling Dylan and saying he doesn't have a valid contract?" |
| Gale: | Yeah. |
| Hansen: | "Who-who-who-- |
| Gale: | [UI, OV]-- |
| Hansen: | invalidated it, Dave? It was only signed by you and Dylan." |
| Gale: | Yeah. [Laughs] |
| Hansen: | "Ha-ha, unless your-unless you're calling him to tell him-tell him you're invalidating it, uh…since you signed it as the CEO of the company, even if you did something illegal, technically we'd be obligated to honor it." |
| Gale: | Yeah. |
| Hansen: | And so that-that was the thing. When you told me that I was, you know, it's like I'm having this mega aneurism like, "Why-why would you even…" [Sighs] Oh-- |
| Gale: | Yeah. Yeah. |
| Hansen: | There's no point in asking why… |
| Gale: | When Dave-- |
| Hansen: | when the person you're talking about is Dave, 'cause… |
| Gale: | Yeah. |
| Hansen: | you'll just frustrate yourself with-with that issue. You know? |
| Gale: | Yup. Um-- |
| Hansen: | So-- |
| Gale: | on another note. M-- |
| Hansen: | [UI]-- |
| Gale: | Mowen's got two different job offers that I think he's going to take if we don't change things, like including my stuff and everything too. [Clears throat] Unsolicited, he wasn't even looking. [Laughs] |

| | |
|---|---|
| Hansen: | Um…so…say that again. I-I-I-I-- |
| Gale: | Mowen has two different-yeah, no problem. Mowen's has two different job offers that he got in the last week that he's telling me he wants-[UI] trying to stave him off, but he's getting more and more upset the more things go. We've been fighting all weekend, even now, to try and get everything running. |
| Hansen: | Hm. |
| Gale: | And it just-it's very draining. |
| Hansen: | Hm. |
| Gale: | I mean, you know, they-they were supposed to get raises and, I mean, I know the company, but again that-[UI] with me. They didn't do anything wrong. |
| Hansen: | [Laughs] |
| Gale: | You know? Even he put money into [UI] and never got stock from the back pay. And then you know, as I'm unhappy [UI] but I've been behind too. |
| Hansen: | [Pause] Alright. Well… |
| Gale: | It's just there's-there's--- |
| Hansen: | Let-let-let's just-- |
| Gale: | a lot that needs to be fixed, yeah. [Laughs] |
| Hansen: | Well, I… |
| Gale: | And I'm sorry to put you in this spot. I just…I want you to have all the information 'cause, like you said, don't want to fall apart but it's…it's almost there when we have something so big, too. And it-it's frustrating for me 'cause I seem like I'm complaining and arguing and everyone's got this attitude that I have a poor attitude, but I-I'm only asking for what I'm due. An-and all the money that I'm out is money that I spent time and time again and-'cause I was told I had to save the company. [Laughs] |
| Hansen: | Alright. |

4

UNCLASSIFIED

| | |
|---|---|
| Gale: | You know? I-I-I'm not someone who goes, "Hey, I'm in a good spot, you know, give me lots more money, or all the rest." I'm really just asking for what I had and now I keep asking and-and there has been payments and things made towards it, but I keep falling further behind and it just makes it look like I'm complaining all the time, and I'm not that person. And that's frustrating too.-- |
| Hansen: | [UI]. |
| Gale: | 'Cause it's gonna destroy my relationship with everybody, and that's not-that's not good. [Laughs] |
| Hansen: | No. Um, so what do you think about Mowens? I mean, how do we keep him? |
| Gale: | I think [UI] tomorrow we have him for at least another month and-and in another month that would be enough time for us to be moving forward in other stuff that we could put a plan in place. I-I'd like to really put a real plan in place for the guys on, you know, the-[UI] ordered. I honestly think I should bump them as soon as we order the units. If we get the check from Lance and Brad. Which Larry thinks is Tuesday. |
| Hansen: | [Laughs] |
| Gale: | We should bump 'em closer to where they should be [UI] and when we deliver on those, five thousand, ten thousand units, this is where you will be. |
| Hansen: | Uh. [Pause] |
| Gale: | 'Cause if they buy the units, you know, they-they're-they're in. [Laughs] They wanna see it go to f-you know, [Laughs] completion. [Clears throat] So, we know there will be enough to go forward from there. It'll still cost less than the amount of money that's contributed now. Or scheduled to be contributed. I mean, the-the-the-the-the tough side of this coin is, you know, it-we could be in a spot where you had engineers and employees who didn't care and would just cake walk it forty hours a week for the next two years, getting that basic salary and go do other things. But we just-we don't have it in us. [Laughs] We have to work. And work hard. |
| Hansen: | Yeah. Um, so what are the issues that were going on this weekend? Are we…I was sort of under the impression we'd put a cast on it Thursday or Friday-- |
| Gale: | Yeah, we did. We-things are still-uh, there's still too many [UI] the machine. We probably need to just take everything down and re-do it. We- |

|  |  |
|---|---|
|  | we went through and thought we'd fixed a lot stuff and more things are popping up. But we still have stuff that's uh-uh-you know, we transferred over a lot of stuff, but even transferring is…not the best solution on-on everything.-- |
| Hansen: | Are-are we-are we getting into Matt's environment? |
| Gale: | M-I don't know. I asked Larry about that and told him about that. You know, that that would help, you know, some and all that. I mean… |
| Hansen: | But I-I mean-- |
| Gale: | that's [UI]-- |
| Hansen: | [UI]. |
| Gale: | [Laughs] |
| Hansen: | What is-what does Larry say when you ask him about that? I mean… |
| Gale: | Um, he's supposed to meet with them and you know, hopefully Matt'll be ready soon. He hasn't updated his website. Um, he gave us access to get in to our stuff again immediately when the [UI] things went but you know, he's supposed to get on with Heaton. I mean, I don't think Heaton's gonna pull the plug, but I-you know, I…yeah. We need to be somewhere else. And that's the frustration is, it's causing lots of work from us uh, no matter which solution it was. It's-because we didn't [UI] master because we didn't buy stuff, or-or fix it right. You know, we brought it up, that's-we've gone status quo, causing a lot more work for us, I mean, you know, we all work through the night. Which then makes everyone more tired when they're frustrated behind everything too. [Laughs] |
| Hansen: | So, what do you think? Are we gonna get in Matt's environment, or is this all gonna crash and burn and we're just-- |
| Gale: | I think we will on the-- |
| Hansen: | already out of business we just haven't admitted it yet? |
| Gale: | Uh, I think we'll get in unless-unless Matt's [UI] by himself. [UI] [Clears throat] which I don't think is the case. |
| Hansen: | You know, because-- |
| Gale: | [UI, OV]-- |

6

UNCLASSIFIED

| Hansen: | there it's like-- |
|---|---|
| Gale: | [UI, OV]. |
| Hansen: | You know, we're at-we're-we're-we're getting to the point where it's like, "Larry, why would you even take a check from Lance? We're not gonna be able to deliver." You know? It's all bullshit-- |
| Gale: | Well…[Laughs] Yeah. That would be one thing. I think we should be in before we take a check. That's probably true. [Laughs] |
| Hansen: | You know, 'cause wa-o-o-o-where-where are we gonna put these five thousand users? |
| Gale: | Yeah, we don't have space for 'em now-- |
| Hansen: | If-if-if we're not on-it-you know? And if Matt's such our supporter and such our buddy, then how come we-I mean, you know, 'cause to your point, part of the reason that we haven't moved, you know, say all these customers to Tonaquint [PH] is because you're like-- |
| Gale: | Yeah.-- |
| Hansen: | "Well, why would we do that when we're always one day away from moving 'em-- |
| Gale: | Yup. |
| Hansen: | into the real Matt hardware?" |
| Gale: | Yup. |
| Hansen: | But then when that day never comes…then it's like-- |
| Gale: | But honestly our best bet would be-- |
| Hansen: | but-but the thing is-but here's the thing-- |
| Gale: | [UI, OV] |
| Hansen: | you know? If we crash one more time with these customers and say, we damaged [UI] capital [UI] maybe they own us anyway. |
| Gale: | [Laughs] Yeah, I-I think we should think about getting them more data and talking about an exit plan immediately. Larry asked me to write it up, |

UNCLASSIFIED

|  | but it just-it's-it's dangerous where we're at right now, 'cause we're not in the other environment-- |
|---|---|
| Hansen: | Well… |
| Gale: | It would probably take all of my engineers out there for a couple days to make sure it's really sure. We're trying to do it remotely, and we put a good, you know, solution in, but it's still getting-yeah-I need to just [UI] all the old stuff out. |
| Hansen: | [Pause] [UI] |
| Gale: | Or transfer all [UI] |
| Hansen: | So, you know obviously, this is the week were everything's gonna be revealed you know, it's not-- |
| Gale: | Yeah, Larry [UI, OV]-- |
| Hansen: | [UI, OV] unless Larry has another sister who's terminally ill that he's gonna go save this week. |
| Gale: | Yeah. |
| Hansen: | He's here. Lance needs to hand us a check. |
| Gale: | Yeah. |
| Hansen: | Um, we need to get into Matt Heaton's environment. I mean, all these things need to happen. |
| Gale: | [Coughs] |
| Hansen: | Um… |
| Gale: | Yeah. Larry also wants one of us to be out there. We wanna try and hire someone. We didn't know if we could hire someone. He wants us to be out there for longer term. And he wants to book uh…him and I to China. Which is fine, but I need to be at least whole. And have a plan for somethin' else for all of that. [Laughs] |
| Hansen: | Well, maybe I'll just book myself a trip to China and disappear. |
| Gale: | [Laughs] That's scary talk coming from you, 'cause I think you could. [Laughs] |

8

65M-SU-4678738                  UNCLASSIFIED                  DVD.wma

Hansen:        Well…you know. It's-it's like we've said the other day, you and Mowen shouldn't be punished for other people's sins. But…uh it's…it's like, "Come on, Larry. Where's Matt Heaton?" A-a whole bunch of our problems revolve around the fact that we should've been in his hardware a year ago. And if not that, six months ago, and if not that three months ago. And if not that, three weeks ago, and if not that, then f-ing [PH] three days ago. And it's like--

Gale:          [UI]--

Hansen:        if we're really not gonna get in there, then we need to stop pretending we are, and have a different plan. Because like I said, we-we can't keep having these customers go down. That's not gonna work indefinitely. Nor, can we build what we need to build if we're always at risk--

Gale:          [UI, OV]

Hansen:        of these guys going down and-and-exactly.

Gale:          Yeah. We-yeah, we lost an entire week from that when we should be building other things, you know? I mean, just the cost of that alone, [UI] salary and lost opportunity cost, you know, from people not being able to work on building the real thing. It's just-that's a killer. [Pause] So, yeah. So--

Hansen:        Alright--

Gale:          we'll-we'll see. Do what you can tomorrow 'cause um, I'm [UI] really my right hand man on top of it. [UI] I am on edge all the time and he knows why.

Hansen:        Alright.

Gale:          You know? So, sorry to ruin your Sunday evening but I thought I'd give you a call.

Hansen:        Yeah, that-that doesn't ever bother me talking with you and I-I think you know, from all of our conversations that I…I'm [Laughs] you know, I agree with the comments that you make--

Gale:          Yeah.

Hansen:        Um…

Gale:          Yeah. Yeah.

9

UNCLASSIFIED

Hansen:        I…

Gale:          That's a tough part. Really, honestly Ron, the thing I'm most worried
               about now, is uh-uh, I'm not the guy that complains all the time. I really-I
               do toe the line. Part of what made this so bad is I toed the line for so long
               until I was just done and fed up. And it-but I'm gonna get the perception
               that I'm a tough guy to work with. And…i-you know, the things that I get
               upset about are, you know, being way behind on pay, or the stock, or [UI]
               being a complete idiot and tryin' to sabotage the company like, I-I want
               things to be done right. [Laughs] And that's where I get frustrated. It's
               from a, "Let's do this the right way, let's not just be idiots." You know? If
               things run well, I don't have a problem. Even when they're running tough
               and it's not because someone's actively sabotaging it, I'm fine. [Laughs]
               But [UI] is just…you know? I can't deal with uh, people literally sinkin'
               the ship. [Laughs] 'Cause they're mad.

Hansen:        Have you-have you talked to Larry this weekend?

Gale:          Just for a moment or two. He sounded like he was on death's door. I felt
               bad 'cause the first words out of my mouth were, "You sound horrible."
               [Laughs] He's like, "Oh, well thanks. I'm quite handsome too." [Laughs]
               Um--

Hansen:        So, is he-he-is he still sick then?

Gale:          He sounded pretty bad on Saturday when I talked to him Saturday about
               one P.M. your time.

Hansen:        Oh.

Gale:          Like-like gasping-for-air bad. [Clears throat] So, I don't know what he
               got, but yeah, he sounded pretty rough. But he's seen the things that he
               was gonna-he's gonna push Lance. I told him about the call we had, where
               I told him, I said, "Guys, look. The long pole in the tent is ordering
               equipment." Now, maybe that's not true if we don't get into Heaton's
               environment, but I'm assuming that we will. So, I mean, but that's-Larry
               has to resolve that one if it's a longer pole in the tent. You know. [Pause]

Hansen:        Well, I think [UI]--

Gale:          Well, yeah, he was talking about that and talking about, you know, China
               trip and then having someone out there for him to talk to directly. Which I
               can do, I can have people rotate in and out if he can put 'em up for a little
               bit. He's talk about make it easier like he ought to bring [UI] find someone
               for Hunter for a couple weeks to come out and maybe Mowen to come for
               a couple weeks maybe with the [UI] that kind of thing. But again, all that,

65M-SU-4678738                    UNCLASSIFIED                    DVD.wma

|  |  |
|---|---|
|  | I can't ask anyone to do that with everything being so far behind, you know? |
| Hansen: | Alright. |
| Gale: | And I still think we could deliver on all this if those things are there. We get the check and we get in Matt's environment I think we have twenty thousand seats before we know it, just because these guys are motived to sell and all-uh-frankly even the first people buying it-they're not buying it to use it, they're buying it to make money selling it. You know? |
| Hansen: | Right. |
| Gale: | And so, there's a lot of money to be made. Even if this was, even if that was the plan. Sell it to these direct people, and even if they all roll off in three months, we'd probably make more money than the original plan for Nuvestack would've been over years. We'll definitely make the investors' their money back, if we even do that. |
| Hansen: | [UI]-- |
| Gale: | And I don't think it would [UI] so, yeah. |
| Hansen: | Good-- |
| Gale: | So. Ok. [Laughs] Sounds good, Ron-- |
| Hansen: | Alright, well, [UI] we will talk tomorrow. |
| Gale: | Ok. I'll talk to you tomorrow. Cool, thank you, man.-- |
| Hansen: | Oh, thank-thank you-thank you for calling me. |
| Gale: | Yeah-- |
| Hansen: | I appreciate it-- |
| Gale: | I just wanted you to have all the information, know where we're at, that it can't-I know things happen and all the rest of it, but it-it—it's almost to the point where it can't. I think [UI] have to tell him that I didn't yet. [UI] |
| Hansen: | Alright. Thanks. Thanks, Dylan-- |
| Gale: | Well, ok. |
| Hansen: | Talk tomorrow-- |

11

65M-SU-4678738                    UNCLASSIFIED                    DVD.wma

Gale:              Thanks, Ron. Ok.

Hansen:            Bye.

Gale:              Bye.

End of recording. End of transcript.

# EXHIBIT 8

65M-SU-4678738                UNCLASSIFIED                DVD.wma

United States Department of Justice
Federal Bureau of Investigation



### SALT LAKE CITY DIVISION
### 5425 W. AMELIA EARHART DRIVE
### SALT LAKE CITY, UT 84116

File Number:                              65M-SU-4678738

Requesting Official(s) and Office(s):     SA Brent Rummler (SU)

Task Number(s) and Date Completed:        6/1/2018

Name and Office of Transcriber:           OST Brittney Balmforth (SU)

Name and Office of Reviewer(s):           IA Jennifer Slaughter (SU)

Date of Interview:                        6/5//2017

Source File Information
                    DVD.wav


VERBATIM TRANSCRIPTION
Participants:
Ron Hansen:                    Hansen:
Robert (Bob) Gray:             Gray:


Abbreviations:
Unintelligible            UI
Phonetic                  PH
Unidentified Female:      UF
Unidentified Male:        UM
Recorded Message:         RC

1

65M-SU-4678738                          UNCLASSIFIED                          DVD.wma

[Phone ringing]

Hansen:              Your ears must've been burnin'.

Gray:                [Laughs] I just wanted to hear a--

Hansen:              [UI, OV]

Gray:                friendly voice. [Laughs]

Hansen:              I was just talking to Shelly. Been runnin' around like a crazy person but I
                     was like, "I...need to call Bob and first find out what's going on with
                     Cathy." And then I have some other things I wanna talk to you about
                     but...you know, and just as I'm finishin' saying that I'm just sittin' here at
                     the kitchen table--

Gray:                [Laughs]

Hansen:              and the phone rings and I had to laugh 'cause I was like, "Yeah, great
                     minds think alike."

Gray:                [Laughs] No, I got her home, got her in bed. We just did the first icing
                     and-and uh, you know, we almost postponed this thing until January but,
                     she says, "No, I wanna get it done. It's hurtin' me," and whatever and we
                     thought it was just a small tear. And come to find out it was just barely
                     hangin' on the bone. It--

Hansen:              Oh--

Gray:                the MRI was just-didn't accurately reflect it, so. It's a-it was a good thing
                     [UI] got her done. It's not one thing, it's another, around this house, you
                     know it-crazy.

Hansen:              Well, that's a...a-a-you know, but it's like you found, you know, you get
                     these impressions, you don't think they come from anywhere, but they do.
                     And you know, 'cause just think about how horrible it would've been if it
                     had ripped off and now you're not only doing the repair, you're doing the
                     whole-even a different level of operation.

Gray:                Oh, yeah and recovery's much worse 'cause they had to go down and find
                     it, pull it up, you know, just all kinds of stuff, but uh, anyway it uh, they
                     worked out. I mean, it's, you know, we're in the trenches but we uh, have
                     a great doc here. We have high faith in and that really helps a lot, so.
                     Anywho [PH] so how's everybody at your house?

2

65M-SU-4678738                        UNCLASSIFIED                        DVD.wma

| | |
|---|---|
| Hansen: | We're doin' well. You know? It's just me, Shelly and Shannon these days. Um, you know, once Cameron and Nicole have their baby, you know, next month [UI] we'll have them and their two kids here for however long they end up living here, but. Um, Shannon, you know, this is her first week outta school, so she's happy to be outta school for the summer and she and Shelly are kinda chummin' around together and…um… |
| Gray: | That's awesome. |
| Hansen: | It's-it just nice just having-- |
| Gray: | And-- |
| Hansen: | the three of us here. There's-I mean abs-I mean we all get along so well, there's no real stress in the house at all and…so that's great-- |
| Gray: | And Prec-Precious is off uh, marching to her own tune, so. |
| Hansen: | Yeah, so Precious um, uh-you know, surprise-surprise, her classmate is not planning to move into an apartment with her. |
| Gray: | [Laughs] |
| Hansen: | And this guy's dad who had told her that she could move into their house while he's in prison has rescinded that offer. And so, she-she has no-and-and that's why I go this apartment 'cause I fully expected that where we are is where we were going to be. |
| Gray: | Yeah. |
| Hansen: | Is that she, you know, had all these big plans that she very rudely, you know, informed me of when I was saving her from being throwing out on the street. And I was like, "Alright, well we'll see how that unfolds." One hundred percent expecting to be where we are. Um, so she's basically, you know, she-she has a job at Wendy's but-and you know, maybe now that she's out of school she can work on a more full time basis there but she's already self-identified that she needs to get at least one full time job and-and she's gonna have to start covering for her own rent and living expenses and-and that's kind of what she has to look forward to, but she's still spending a majority of her money that she could be using to get her hair re-done or buy food, or do other things on uh, the train and-and  Uber to go see this guy in the Salt Lake County jail. |
| Gray: | [Laughs] Unbelievable. |

3

| | |
|---|---|
| Hansen: | And Shelly and I have a few people, you know, scratching at us, saying that we're bad parents and why aren't we buying her more food or this or that. It's like she has moo-food money. She's spending it on Uber. Uh-uh, I'm not gonna replace, you know, the Uber money with more food money just because she's choosing to see him over buying food. That's an adult choice that she's making. |
| Gray: | Well, you're not gonna make it easy for her. Nah, you're doing the right thing but you know you are, so. |
| Hansen: | Yeah, so that's um…you know, that's good. Um, you know, we're having, you know the discussions with Nuvestack Direct guys [UI] you know, we had our sort of final wrap up of all the testing and…like I said yesterday on the uh, engineer…on the engineer uh demo calls-oh-e-every single ticket that Nuvestack Direct guys had said, "Hey, can you do this? Can you do this," They-they had already addressed all of them. And so that made the conversation with the Nuvestack Direct guys, you know, go pretty well yesterday and so. You know, uh…so Lance-Lance is still sort of being l-lobbied, you know, from Glen (PH) on the-the ten thousand first and-and Johnathan on the-let's do five thousand first, but. He knows that-uh-he has to pull the trigger tomorrow so it's either which, you know, they're both gonna happen, um, but is it five and ten or ten or five um…so he has to make that decision by tomorrow. |
| Gray: | Yeah, I mean, or-originally of course it was so much higher and uh, I'm just picking up this-this vibe that it's-you know, the numbers are going down. Did they not get the pre-orders they anticipated or-or what's going on?-- |
| Hansen: | Um, they're-they're not. Er, I mean, there's-they still have the, you know, so the-the-the thing was five, ten, was all-was the first two purchase orders that they were always going to do. And then they-- |
| Gray: | Yeah-- |
| Hansen: | didn't know- you know, they wanted to know is um…would the next one be, you know, for twenty five thousand or would it be ten thousand? The anticipation was that at a minimum it would go five and then ten-ten-ten you know, forever more. Um-- |
| Gray: | Yeah. |
| Hansen: | u-until it-maybe it ramps up to something else. So, that's still the-the-the plan. What they're…debating is how much do you really honest to God believe these key influencers? Because…you know, like Matt and [UI], |

4

UNCLASSIFIED

they're saying they're gonna do two hundred and fifty thousand before the end of the year.

Gray:           Yeah.

Hansen:         So, but the question is, do you really believe that? And for Glen, because he's worked with them for several years on several projects, he's like, "Of course I believe 'em." For Lance who is new to them, he's like, "But you're not writing the check." So, it's easy to be ballish (PH) with someone else's money, you know?

Gray:           Yeah.

Hansen:         And…and-and-but then the flip side is, it's like, "Well, Lance what if I'm right and you're wrong?" So, what if they're gonna do twenty thousand units in-in the first month and you've only ordered fifteen thousand? Because the-the reality of it is this isn't like selling Tesla cars. This isn't something where you say, "Well, that will be a nice problem to have." It's a horrible problem to have because how many of those five thousand people do you lose? And so--

Gray:           Yeah.

Hansen:         it-it's-that's-that's-that's where the debate is, is what's-what's the right-what's the right number? And I mean, it's serious-it's a serious debate. Uh, we go round and round and round and round and round with everyone having their opinion. But at the end of--

Gray:           Well, it's just uh--

Hansen:         at the end of the day, Lance has to write a check.

Gray:           Yeah, exactly. You know, I-I'm just getting the-the feeling and I knew Brett is too, that they're backing away or numbers are going down and uh, I think Brett's kinda losing faith here. Which is not a good thing for us to have happen.

Hansen:         Um, so yeah, I think we need to, you know, to get Larry talking to him. 'Cause that's-that's not what we're seeing is not a-a backing away or a-it's truly…what is the proper ramp speed? You know?

Gray:           Well, and Craig's [UI]-yeah, it c-that aside, it creates problems for us and Brett in funding because you know, we gotta get it self-sufficient. It's gonna take ten thousand to make it self-sufficient. Uh, so that we-you know, he can back away and take a breath and not have to contribute. Uh, I mean, that's kinda what we're getting up to. He's runnin' outa uh-the

UNCLASSIFIED

cash to make this happen for us 'cause we won't-we're delayed, you know? And uh--

Hansen: Um-um, so, I-you know, let's um…like I said, I-I think that the…so that we're not sort of updating a half update, it's like, let's get the-the check from Lance, you know, is it the five for the five thousand units or the ten thousand units? Let's get on the phone with-with Larry. And you know, tomorrow evening and-and just let Brett hear it directly from the horse's mouth as they say.

Gray: Yeah--

Hansen: Um--

Gray: [UI] for me, I'm just trying to figure out the cash flow aspect of it--

Hansen: Yeah--

Gray: uh, 'cause it-e-you know, if it's five thousand this week and five thousand next week and ten thousand the next week, that's seven weeks I-we-according to, I guess our last conversation, Larry takes six weeks, right, to get the product in?

Hansen: Yeah, four to six depending on how we do it.

Gray: Yeah. So, am I-am I keeping you from something, Ron?

Hansen: You're not.

Gray: Ok. [UI, OV]--

Hansen: [UI, OV] no, um, Cameron and Nicole and Max just walked in so I was just…

Gray: Oh, ok.

Hansen: [UI] I was just sayin' hello to them.

Gray: Well, Max wants to hug his grandpa! [Laughs]

Hansen: Hey you! How ya doing?

Max: [UI]

Hansen: Yeah? You're playing with [UI]. So, he's-he's our cat, [UI].

65M-SU-4678738 UNCLASSIFIED DVD.wma

| | |
|---|---|
| Gray: | [Laughs] |
| Hansen: | You know, he's immediately…he's a cute boy. Oh, he'll be two in October. |
| Gray: | Wow. Hard to imagine. |
| Hansen: | I know. [UI] |
| Gray: | Well, what else is going on, Brother? I uh, I really feel like I haven't talked to you like we usually talk. [UI] so busy. |
| Hansen: | Uh, that-that's-no, it's just, you know, as we're tryin' to launch all these things, there's…just a million little details that, you know, we're going through and so I feel the same way. It's like sometimes I'll-I'll look and I'll be like, "Oh, I can't call Bob now. It's eleven o'clock at night. It's one in the morning over there!" But that's often how I-I lift my head up and it's like, "Oh, it's ten o'clock. Ok." Um… |
| Gray: | Well, I know you're crazy between the mineral business and this and probably-- |
| Hansen: | Well-- |
| Gray: | other stuff you got going on. |
| Hansen: | You know, I've got Chad, like I said, mostly handling that. You know, they…you know, my-obviously where we're at with Nuvestack, my entire focus needs to be here and-and so, um, there's-there's some uh, agriculture testing that we're doing with-with that large alfalfa ranch but it-it doesn't really require my-my input, you know? |
| Gray: | Yeah. |
| Hansen: | Or my-I don't need to track it. It's kind of funny. So, Shelly's dad's first cousin, who's name is Houston McKenzie, Shelly's maiden name is McKenzie, owns-- |
| Gray: | Mhm. |
| Hansen: | the thirty five hundred acre ranch right next to the William's Ranch where we're doing the testing. |
| Gray: | Wow. |
| Hansen: | So, it's like, Shelly's first cousin once removed-- |

7

Gray:           Mhm.

Hansen:         and so Shelly calls him, this guy's the same age as her dad, 'cause they're-
                you know, they're cousin's, equal generation. He's in his seventies
                and…she said, "You don't know me, but I'm Kirk McKenzie's daughter
                and-and we're doing a test on the Williams' Ranch for alfalfa that
                increases their yield over two hundred percent. Is that something you'd be
                interested in?" And he laughed. He's like, "If you can increase my alfalfa
                by two hundred percent, I'm absolutely interested," but he's uh, he's on
                vacation in Barcelona, Spain for a couple of weeks, so when he gets back,
                we'll probably have Chad and a guy named Jason George, you know, start
                working with him, but…but really I'm, you know, to Larry's point, you
                know, Larry was like feeling not getting enough love from you and it's
                like, "Alright," like, you know, I get it. Um, so…

Gray:           He's not getting enough love from me?

Hansen:         From me.

Gray:           Oh. [Laughs] Yeah. Yeah, I know it-it was…uh, you know, I just felt like
                I didn't think he was gonna tell you but he was tellin' me and I thought,
                "Alright, I better let Ron know about this." I think he was just so worked,
                you know, he's just working himself crazy and not-and just, who knows
                what he was thinkin'. But I felt like you needed to know it, so.

Hansen:         No, it's-it's always, I mean, he's so critical to us. It's always um,
                important that he feels…even if it was just a perception, 'cause it's like,
                "Larry, what is it that I'm not doing that's on my plate?" You know?

Gray:           Yeah.

Hansen:         Point-point to the item. It-it's like-and I-and here's the other sort of thing
                that's frustrating for me is, I-I…offer every day to take things off his plate
                and-but a lot of 'em he just-because he's been burned so many times, he's,
                in some cases, his own worst enemy. 'Cause he's just-if he's not doing it,
                he just doesn't trust that it will be done the way he wants without someone
                interjecting their own agenda.

Gray:           Yeah.

Hansen:         And so, it's like, "Well, I can't help you if you don't ask me to help you."
                So…but that's ok--

Gray:           [UI]--

8

| Hansen: | I mean, we're almost there and all this stuff will sort of…you know money solves all ills when it comes to, you know, business stress and-and stuff like that. |
|---|---|
| Gray: | Well, it does and we are so very close. I'm just hoping we get Aaron's up and going quickly too. Uh-- |
| Hansen: | Yeah. |
| Gray: | you know, once [UI] thing kinda is up and going and we got the orders, you know, we know what triggers every order, then we can-you guys can go do these other things that we need to do with Best Buy, etc. I mean, we-we just-- |
| Hansen: | Exactly. Well, and we have-- |
| Gray: | We-we-- |
| Hansen: | we have the uh, you know, we have the meeting lined up, you know, for Friday for Kurt Doman and his partner and so and-and Kurt's been watching this. I know it sounds like a hollow comment and I know for Brett uh, for Brett it's like, "Yeah. Yeah, I've heard-" but it's like…"Brett, I-I can only tell you…" you know, I mean, Kurt Doman, he sold his company for seven hundred and fifty million dollars. And he doesn't need to do any of this. But…he wants to. |
| Gray: | Yeah. |
| Hansen: | You know what I'm saying? He's been following this and-but his-his point was like, you know, "Get the-get-do all the-the-har-you know, the mind numbing work with Lance and then when you're there, then bring me the-the item when it's at a ninety-five percent solution and the five percent is just what's the portal Aaron's using as opposed to the portal the Nuvestack Direct's using." It's not like there's really five percent more work to be done. It's five percent different work that needs to be done just because it's under the Aaron's brand as opposed to the [UI] brand. |
| Gray: | Yeah, I saw that [UI] website's up. So, that's a good sign, I guess. |
| Hansen: | Oh [UI]-- |
| Gray: | But uh, yeah. I-but I'm just kinda disappointed. I felt like uh, Brett and-and John and Lance would get back to us with pre-orders but I'm-it doesn't sound like they're takin' 'em. |

9

65M-SU-4678738                    UNCLASSIFIED                    DVD.wma

| | |
|---|---|
| Hansen: | Um, they're work-they are work-I-so...Glen is not comfortable truly accepting a pre-order until Lance has handed us that check. |
| Gray: | Oh, ok. |
| Hansen: | Because they-uh-I don't know if you remember the piece where-he has to put product in people's hands within sixty days of them handing him an order. Well-- |
| Gray: | Ok. |
| Hansen: | you know, if Lance hasn't handed us a check...you know, say-you know, 'cause we were ex-you know, Larry got deathly ill last week. We were expecting to do everything that we're doing this-you know, wh-this last few days, the last few days of last week. But where Larry didn't even get out of bed, oh for the most part from like Thursday through Sunday, but you know, let's assume that Glen had taken his orders on Monday of last week and w-we're getting a check today, well he's already pushing the envelope, you know what I'm saying? |
| Gray: | Yeah. |
| Hansen: | And then if there's one-so-so his will-I mean, he' way ov-willing to-to do that, it's just his comfort level, until Lance has handed us that check and he knows that you know, the production has started, he-he doesn't want to risk having to hand people their money back. |
| Gray: | Yeah. |
| Hansen: | That would be-- |
| Gray: | So-- |
| Hansen: | horrible-- |
| Gray: | I mean l-Lance is-Lance is [UI] hand us a check tomorrow. I mean-I mean, we've done everything they've asked us to do. |
| Hansen: | Yes. Uh, if, you know if-well and here's what Larry's also sort of...told me, is is it's like if Lance doesn't hand this check tomorrow, then on Friday, everything we've put in place for Lance shifts to-to Kurt Doman. And it's like, there's no-it-it's like, "Lance, now you're not our priority at all." I-i-it's like, we're just gonna hand everything we've put in place to Kurt and Aaron's gonna benefit from all this work, which they would anyway, but...so-but it-it's-that's, you know, that's just him talking worst case scenario, which there is no reason for us to have that worst case scenario, |

10

UNCLASSIFIED                              DVD.wma

'cause Lance is gonna hand us a check and-and off we go. So...so you know, I-it's...it's nerve-wracking for everyone involved. Um, you know I think part of the r-I ch-firmly believe the reason Larry got sick is stress.

Gray:           Yeah--

Hansen:         [UI, OV], more than-more than--

Gray:           I do too.

Hansen:         more than anything else. As it's just-it was-he's just been burning the midnight oil at-on both ends of the candle for so long that his body was just like, "Sorry, we need to-" 'cause I think he slept for thirty hours straight.

Gray:           Wow.

Hansen:         So, he was--

Gray:           Well, I hope we-I-I think we definitely did the right thing by putting money in his fingers.

Hansen:         Oh yeah--

Gray:           You know?

Hansen:         No, he has--

Gray:           And--

Hansen:         mentioned that several times how grateful he was for that. And he's very pleased about that so...so, we're, you know, I think we're-we're right there. Um, so...

Gray:           Well, I sure hope so, Brother. I-we've...I don't know about you, but I'm exhausted just tryin' to get us here. [Laughs]

Hansen:         Yeah, I--

Gray:           And I'm not doin' it day--

Hansen:         Well--

Gray:           in and day out.

11

65M-SU-4678738                    UNCLASSIFIED                    DVD.wma

Hansen:     I've-I just-I want so badly for this to be functional, 'cause I just-I-I can't do this for three more months, you know?

Gray:       Yeah.

Hansen:     I-if this doesn't un-start unfolding over the next month the way that it's supposed to, it's like…I don't know if I can mentally do it. You know? It's like, "I'm sorry, I have to go get a job at McDonalds now," 'cause I-I just-the mental stress is-it's just to the point where it's like, you know, Shelly's gonna come upstairs and I'm gonna be sittin' on the floor playing with blocks slobbering, you know?

Gray:       I-I--

Hansen:     Um…

Gray:       I-I feel exactly the same way, Ron. I [UI] just telling Cath last night, 'cause you know, she's going through this too but, I just, you know, I need a break and I don't do it day in and day out but hell, I got all this financial stuff you know, and [UI] and I feel like it hasn't unfolded the way I told 'em it was going to and you know, I don't like that and…you know what I'm sayin'. I'm just--

Hansen:     Oh, I do--

Gray:       I-I'm just--

Hansen:     I hate it.

Gray:       Uh, I do too! It's not who I am! [UI] I say it, I mean it, you know, and it hasn't happened. So--

Hansen:     No. Alright, well let's see what our conversation is tomorrow. It should be uh--

Gray:       [Laughs]

Hansen:     a very happy one. But if we're having the same--

Gray:       I hope so!—

Hansen:     conversation tomorrow, I may be telling it to you from the uh, edge of a bridge.

12

65M-SU-4678738                          UNCLASSIFIED                          DVD.wma

Gray:                    Yeah, well, I-you may hear me gurgling at the bottom of the pool.
                         So…[Laughs] Alright, Brother. Well, hey go hug Max and tell everybody
                         I said hi!

Hansen:                  Alright! Talk soon! Thanks, bye!

Gray:                    Bye.

End of Recording. End of Transcript.

13

# EXHIBIT 9

UNCLASSIFIED

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



SALT LAKE CITY DIVISION
5425 W. AMELIA EARHART DRIVE
SALT LAKE CITY, UT 84116

| | |
|---|---|
| File Number: | 65M-SU-4678738 |
| Location: | Seattle, Washington |
| Date of Recording: | 4/5/2018 |
| Date Transcribed: | 4/11/2018 |
| Full/Partial Transcription: | Full Transcription |
| Name and Office of Transcriber: | OST Brad Kiernan (SU) |
| Reviewed By: | SA Brent Rummler (SU) |
| Recording Identification Number: | 1D-117/1D-116 |
| Participants: | S-00078877, Gray Willow |
| Abbreviations: | EG - SA Erika Gannon |
| | CHS |
| | GW - Gray Willow |
| | UV – Unidentified Voice |
| | (UI) - Unintelligible |
| | (PH) – Phonetic |
| | (OV) – Overlapping Voices |

1

UV:                    (U) You're welcome.

CHS:                 (U) That we employ some good tradecraft. I mean we've both been doing this for a long time. We both know how to do it, that there should be no risk, you know. Um I, I don't want to pick you up at the airport anymore. All those cops and the cameras, and all that shit, but I, like (UI), so I took a look at the airport and kinda have a way around that so you can get far enough away that we're not in front of cameras and stuff, or whatever, we can, we can work it out. Um.

GW:                  (U) Well, the thing is for me to.

CHS:                 (U) To be able to case the place?

GW:                  (U) For me to be able, just to be able to have the record that I was here, I would have to...

CHS:                 (U) Go.

GW:                  (U) stay here.

CHS:                 (U) Alright.

GW:                  (U) So then I won't be, you know, I'll be at a hotel and we can, so, so.

CHS:                 (U) So here's a question I have. I would like it to get to a point that, and it doesn't have to be (CHS-      ) is somebody's that's witting, because I need a little bit of "oh shit, get out of Dodge money". Not a lot. Just enough that if this thing fucking goes down, I can get up to Canada. I'm just talking like a couple grand, you know. There's no way that you're gonna be able to have that discussion with them if, if there's not a, a person that's witting on the other end. You know what I mean? I mean unless you think you can, but an-, and you know we can, it can be whoever, right? Um, to prove the bona fides of who that person is at fort or where, or at the Ranger Bat, you know we can work on that together to come up with something.

GW:                  (U) (OV)

CHS:                 (U) But if this thing goes south, like, I think it can, like, or if they fucking, the flag goes up, I'm, I'm, I'm gonna bounce. I'm gonna go to Canada. I mean, we got family up there, like that's a short-term plan, that's not a long-term plan but I think things would ride out, you know, and I just don't have, we're fucking, we're tight on money. I don't have a whole lot of, you know, I have no reserve, you know. Um, but I don't know what, I don't know how to go about getting to that point and I don't know how

you manage your relationship with them to get there, you know, I'm, you know that better than I do.

GW:        (U) Well, then I think we do it as a blind.

CHS:       (U) Ohh, what do you mean?

GW:        (U) That it's like, for example, someone you know, there's there's a person who, you know, or group of folks, or there's a group of people, you know, or whatever, I, I have to think about that, but it's like, they need to, it, it, it's like, they need an an esempe route.

CHS:       (U) Right.

GW:        (U) it's like, if we do this and something happens, and you go into Canada and get on a plane and come here to China, then you're take care with em for the rest of their lives.

CHS:       (U) Yeah. Do you think that they'll?

GW:        (U) They'd do it.

CHS:       (U) Is that a, will that be a hollow promise then?

GW:        (U) No.

CHS:       (U) Like, do you think they'd actually follow through?

GW:        (U) They'd do it. Well, here's the thing that I would, to me it's gonna be a lot more money, you know, it's like.

CHS:       (U) Well, what kinda, like what, cause I know, like, they've been asking you open source shit, and like, give me a reference point like, you told me they have, like, a standing thing at the 300,000 or whatever, or like consulting job or like what?

GW:        (U) Well since I've never pushed that.

CHS:       (U) I mean, DCS money, alright it's crap, and DIA money is crap. Like, that's never gonna be a lot of money. Like, I don't know where their threshold is. You know, are they like the Russians where they'll spend serious cash. I mean, this, this is still the cheapest fucking (U) out there, right? This is still the cheapest way to avoid the conflict.

GW:        (U) Yeah, um, let me talk to em.

# EXHIBIT 10

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



SALT LAKE CITY DIVISION
5425 W. AMELIA EARHART DRIVE
SALT LAKE CITY, UT 84116

| | |
|---|---|
| File Number: | 65M-SU-4678738 |
| Location: | Seattle, Washington |
| Date of Recording: | 4/10/2018 |
| Date Transcribed: | 4/12/2018 |
| Full/Partial Transcription: | Full Transcription |
| Name and Office of Transcriber: | OST Brad Kiernan (SU) |
| Reviewed By: | SA Brent Rummler (SU) |
| Recording Identification Number: | 1D-118 |
| <u>Participants</u>: | CHS, Gray Willow |
| <u>Abbreviations</u>: | EG - SA Erika Gannon<br>CHS -<br>GW - Gray Willow<br>UV – Unidentified Voice<br>(UI) - Unintelligible |

(PH) – Phonetic

GW:                  (U) Because I would be very disappointed (laughs).

CHS:                 (U) Yeah, well I'd be...

GW:                  (U) Because I'm not having this conversation with anyone else, you know. The fact, because I hate Trump, I know he wants to start a war somewhere, I don't want you to die for no reason. That's the only reason we're having this conversation.

CHS:                 (U) Yeah.

GW:                  (U) Um, cause if we do this, you know, they're gonna pay you, they're not really gonna pay me. Which I don't care, but like I'm saying, it's like, if you make $500,000 on this, I'm not gonna make $500,000 on this.

CHS:                 (U) Well I...

GW:                  (U) You know it doesn't work that way.

CHS:                 (U) (UI). Yeah, well, I don't want it to um, I don't agree with that because, and, and if they don't feel that way then that's fine, me and you can work that out, but you're assuming a lion's share of the risk here, right? Like I, I wanna have complete deniability between, I mean...

GW:                  (U) So but, but let me...

CHS:                 (U) other than you've, you know.

GW:                  (U) just share one other thing in, in having worked very closely with the MSS, the MPS, and the BSSB, the Beijing State Security Bureau. They'll kill you, you know, if you fuck them over, they are not above sending someone here to hunt you down and kill you.

CHS:                 (U) Yeah, no I.

GW:                  (U) You've seen with the Russians that's pretty easy to do.

CHS:                 (U) Yeah.

GW:                  (U) The Russians are sloppy for whatever reason. The Russians want it almost. They almost wanted people to see them.

CHS:                 (U) Yeah.

GW:                  (U) The Chinese aren't like that. You'll just be in a car accident or...

# EXHIBIT 11

UNCLASSIFIED

65M-SU-4678738

HANSEN 299

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



### SALT LAKE CITY DIVISION
5425 W. AMELIA EARHART DRIVE
SALT LAKE CITY, UT 84116

| | |
|---|---|
| File Number: | 65M-SU-4678738 |
| Requesting Official(s) and Office(s): | SA Brent Rummler |
| Reviewed by: | SOS Alyssa Daniels |
| Date Completed: | 05/31/2018 |
| Name and Office of Transcriber: | OST Robert Wilson (SU) |
| Recording Number: | 299 |

VERBATIM TRANSCRIPTION

Participants:

1

UNCLASSIFIED

UNCLASSIFIED

65M-SU-4678738                                                    HANSEN 299

Ron Hansen                          RON

Shelley Hansen                      SHELLEY


<u>Abbreviations</u>:

Unintelligible                      UI

Overlapping Voices                  OV

Phonetic                            PH


Beginning of recording; Beginning of transcript.

SHELLEY:        Hello?

RON:            Hey, how are ya?

SHELLEY:        Oh I'm just moving the Lincoln back behind my car. It's parked on your
                side.

RON:            So Brad just called me, he's like hey Ron I'm, I'm closing this deal with
                Dollar General so he's like closing this multi-million dollar deal with
                Dollar General.

SHELLEY:        Mhmm.

RON:            Which you know they're a billion dollar company. He's like I had the
                opportunity to put some people on my team um is it okay if I give you a
                job. I'm like well.

SHELLEY:        (OV) Yeah.

RON:            So it's like his partner's name is Ace or that may be his nickname I don't
                know. That's what he calls him and he's an older guy. He's got to be like
                sixty-five or something but anyways they call him Ace. He's like Ace
                what would this job pay? Two hundred thousand. Are you okay having a
                job that pays you two hundred thousand? I'm like yeah (OV) I can (UI).

SHELLEY:        (OV) When do you start?

2

UNCLASSIFIED

UNCLASSIFIED

65M-SU-4678738                                                        HANSEN 299

| | |
|---|---|
| RON: | Um so he's going to get the deal closed uh late, later this week. I, I may end up having to fly to Tennessee with him um and the beauty of it is these jobs like what Brad does, these are not full time jobs. These are like business development jobs you know so anyway so here's the weird thing. You know what finally made him like me? |
| SHELLEY: | What? |
| RON: | Is the fact that his wife he says Kitty has never texted to anybody I've ever known. He says she keeps an arm distance and then uh you know she saw you texting all this stuff to me and she jumped in and she's texting you and then one time I was on the, the phone call and he put me on speaker phone and I'm talking to her and he's like, and she's like Brad he seems like a real nice guy. You need to add him to your group. |
| SHELLEY: | Oh. |
| RON: | So. |
| SHELLEY: | That's awesome. |
| RON: | And uh Brad's wife to thank for. So I don't know where this will really lead and maybe it leads nowhere. |
| SHELLEY: | Right. |
| RON: | But he has, he has sent me copies of checks that they've been paid from NASCAR and the, the one check amount that he sent me was ten million three hundred thousand dollars. |
| SHELLEY: | Oh my goodness. |
| RON: | So (UI) if, if I. |
| SHELLEY: | Crazy. |
| RON: | You know what if all I did was hang out with him and help him continue to make million dollar (UI). |
| SHELLEY: | (OV) He'd give you more jobs. |
| RON: | And get slices of that. |
| SHELLEY: | Yeah. |
| RON: | You know? |

3

UNCLASSIFIED

65M-SU-4678738                                                    HANSEN 299

| | |
|---|---|
| SHELLEY: | He'd be better than Wallace. |
| RON: | Well funny that you mention Wallace cuz we did get some feedback from the Cyprus guys. So I think that I've got Wallace probably fifty percent of the way talked in to um uh flying me to Cyprus first to, to a little more due diligence on this and then if it seems like a real deal uh. |
| SHELLEY: | (OV) Wow. |
| RON: | But then we'd fly our whole team over there. |
| SHELLEY: | Right. |
| RON: | So that, who knows? Maybe that will, since they did send a good overview of a airport project they're wanting to do. |
| SHELLEY: | Right. |
| RON: | But Wallace was like well they need to finish all the details and said Wallace they're not going to do that. If they send you the details and you don't like it and then you say oh no I'm not interested. They don't get a chance to say well hold on, well what would make you interested? |
| SHELLEY: | Right. |
| RON: | So. |
| SHELLEY: | True. |
| RON: | So um anyway so that might, that might happen but hey I would love to get a job uh from Dollar General that pays me two hundred thousand dollars a year. |
| SHELLEY: | Well and he seems like a generous guy if you do well and he likes you he'll reward you. He seems like he's probably the personality who's more like that than like Wallace would be. |
| RON: | Yeah so, so the thing with Brad again he's four hundred pounds, convicted felon, and that's what everybody treats him like and instead I you know as soon as I found out he was in the military the next time I saw him I'm like Sergeant Dent how's it going? |
| SHELLEY: | Oh I bet he liked that. |

4

UNCLASSIFIED

UNCLASSIFIED

65M-SU-4678738                                                    HANSEN 299

| | |
|---|---|
| RON: | You know? And he tried not to smile but it's like uh for a military guy you know what I'm saying? |
| SHELLEY: | Yeah. (OV) They appreciate that. |
| RON: | (OV) You like that. You like that. |
| SHELLEY: | Yeah. |
| RON: | And in my, and I've told you this before my feeling that my interaction with him is a ministering one. There's a lot of stuff that Brad could do to help change the world. |
| SHELLEY: | Right. That he would want to do. |
| RON: | (OV) And I, I, I feel like that part of my reason that I'm interacting with him is to lead him to that. It, it's like so this device that um that Kevin and David (UI) have created that takes the air you know hot air and turns it into electricity. |
| SHELLEY: | Mhmm. |
| RON: | Well here's the other thing if you're in a humid environment well it, it, they're, they're, it produces water. |
| SHELLEY: | Oh wow. |
| RON: | Because of the condensation that you know like when you turn your air conditioner on you stop and water weeps out your air conditioner? |
| SHELLEY: | Yeah. |
| RON: | What it's that same concept and so it, it so basically you have water that you would just put through like a zero filter. So think about this, you, you put a unit into any third world country that has heat, hot air, and humidity. |
| SHELLEY: | (OV) Which is. |
| RON: | And it's going to provide electricity and clean drinking water for the village. |
| SHELLEY: | Wow. |
| RON: | Uh I, I told, I, I told Kevin and Chad and David I said screw data centers. These guys are all assholes. I'm, I'm not going to deal with them. I'll, I'll deal just with non-profit organizations all day long. You can drop a twenty |

5

UNCLASSIFIED

UNCLASSIFIED

65M-SU-4678738                                                        HANSEN 299

|   |   |
|---|---|
|   | foot container in that has one of these devices so you, you've already got your structure. |
| SHELLEY: | Right. |
| RON: | So you, you ship it so that when you open the container doors there's a door there or whatever you, you just drop that container. You take that container to the village, you set it down, you turn this thing on, and it starts producing electricity and water. |
| SHELLEY: | That's crazy. That is. |
| RON: | If, if that really, if that really you know works the way that it, it should work and they, they've had these devices before. This isn't based on a theory. It's just that with this new Freon they're getting the, the level and then if you put a solar panel on top of this so that you can heat the gas to a higher level. So you put a two hundred dollar solar panel on top it takes to a completely different level. |
| SHELLEY: | That is insane (UI). |
| RON: | Huh, so anyways that's the, that's very cool. |
| SHELLEY: | Yeah it is. |
| RON: | But um no I'm really excited about that one. |
| SHELLEY: | Yeah. |
| RON: | And we only need about twenty five thousand dollars oh uh Jeff Williams sent the two hundred thousand dollars. |
| SHELLEY: | Oh today's been a good day. |
| RON: | Today has been a very good day. |
| SHELLEY: | That is awesome. |
| RON: | I got two hundred thousand dollars and got offered a two hundred thousand dollar job. |
| SHELLEY: | That's great. Yeah, nope I think that's karma. Blessings. |
| RON: | Yeah I know. |
| SHELLEY: | Because. |

6

UNCLASSIFIED

UNCLASSIFIED

65M-SU-4678738                                                    HANSEN 299

| | |
|---|---|
| RON: | (OV) I'll, I'll, I'll talk to Brad. |
| SHELLEY: | (OV) You ro-. |
| RON: | I'll talk to Brad and see you know hey is this a nine to five job? |
| SHELLEY: | Right. |
| RON: | None of the things that he ever does are that so I'd be surprised if this is that but even if it is at this point you know what? |
| SHELLEY: | Yeah. |
| RON: | I'm taking the job cuz I'm just gonna tell you know Bob and Wallace and everybody guys. |
| SHELLEY: | Can't pass it up. |
| RON: | I have a family you know. |
| SHELLEY: | Have a wife that likes to spend money. |
| RON: | Exactly. |
| SHELLEY: | No I think this guy sounds like a generous type of guy just because he sounds like he likes you and trusts you. He wants you to also be making money like him. |
| RON: | Yep. |
| SHELLEY: | Which is nice I mean there are those people out there and looks like you found one. |
| RON: | Yeah. Well and here's the thing because he makes a lot of his money from his um from his cannabis uh companies in Colorado. |
| SHELLEY: | Right. |
| RON: | He, he can't use that money in a lot of areas and anyway he has a lot of different things um I'll, I'll be curious to see how this plays out. Hopefully um hopefully this is r-, is real and you know hopefully in a month or you know May fifteenth or whatever we start getting a check. |
| SHELLEY: | Man that would be nice. |

7

UNCLASSIFIED

65M-SU-4678738                                          HANSEN 299

| | |
|---|---|
| RON: | That would be freaking awesome. |
| SHELLEY: | Yes it would. |
| RON: | Especially if uh if like I said this can be a part time gig. |
| SHELLEY: | Yeah. |
| RON: | Where I can do that and continue to do all the other crap that I'm doing. |
| SHELLEY: | Mhmm. You know that would be incredible. Well and the thing is, is like I said if you're doing well with this he'd probably be like oh I could use him on this too you know? I'll pay you another two hundred thousand dollars a year. |
| RON: | Oh exactly. I, I, and I, I think that once I gain his this is all about. |
| SHELLEY: | (OV) Trust. |
| RON: | (OV) Gaining his trust. |
| SHELLEY: | Yeah. |
| RON: | The more that he trusts me because the thing is for him at four hundred pounds he doesn't like to go out. |
| SHELLEY: | Right. |
| RON: | He wants the ten people he trusts to go out. |
| SHELLEY: | (OV) Right. |
| RON: | (OV) And be him. So he, he you know manipulates you from the back and tells you what to do. |
| SHELLEY: | Right. |
| RON: | Um and so I hope this is real cuz that would sure make our lives a lot easier if I was bringing in two hundred thousand dollars a year. |
| SHELLEY: | Yeah it would, it would be a blessing. Well and maybe this is what the timing was supposed to be for. I mean we've, we haven't been this, none of this is luck. It's, we would be out of our house if it was luck you know? So we've been blessed and we've been kept where we're at for a reason. Still in our house with our cars, able to do the things we need to do. I |

8

65M-SU-4678738                                                    HANSEN 299

mean of course at a different level financially but we have everything we need and.

RON:            So yeah the other thing is you know today um Matt Heaton told me, I'm not giving you twenty thousand dollars for Larry.

SHELLEY:        What?

RON:            And so I basically am covering that myself which you know.

SHELLEY:        Why? What's his reason?

RON:            Well, there, there he has his reasons and you know.

SHELLEY:        Wow.

RON:            They're his reasons and his principles and I'm not going to disparage him, his reason his logic is sound for him and you know but I, I, I tried to come at him four five it's like okay Matt you realize this has nothing to do with Nuvestack. I'm trying to keep Larry and I'm having a really hard time coming up with that money um anyway I, I don't want to say anything negative about him because Matt's been a really good guy and I have nothing negative to say about him. But it was disappointing.

SHELLEY:        (OV) Yeah.

RON:            (OV) That he has chosen not to help but I covered Larry for (UI).

SHELLEY:        Good for you.

RON:            Sent him, sent him his full salary and uh paid his car payment so he's got his and see and this is the thing. So Larry received eighteen thousand and change.

SHELLEY:        Mhmm.

RON:            Plus a thousand dollar payment towards his luxury SUV. That's twenty thousand dollars that I covered for Larry today.

SHELLEY:        Well Ron if there was a karma bank with your name on it you would be a multi multi millionaire.

RON:            Oh and maybe I just became one.

SHELLEY:        And that's right. I mean Heavenly Father (OV) if he wants us.

9

65M-SU-4678738                                             HANSEN 299

RON:                (OV) I don't think it's a coincidence.

SHELLEY:            No, no.

RON:                That Brad is, has an opportunity.

SHELLEY:            No.

RON:                That I want to bring into this. I'm going to bring Ron in.

SHELLEY:            It's not a coincidence. This is all part of whatever plan we're headed for
                    maybe China for the rest of our lives.

RON:                I mean I haven't received a check in our bank account.

SHELLEY:            Yet, yeah you're right.

RON:                (UI) it's going to happen.

SHELLEY:            Right.

RON:                And if this (UI).

SHELLEY:            Then we're yeah I mean we just gotta wait and see.

RON:                You know because the thing is we're not people who run right out and buy
                    a you know Mercedes. We live frugally.

SHELLEY:            No, well what we've been through has taught us some stuff when we had
                    money and when we didn't. You know? I think it's been very educational.
                    We'll be a completely different type of money people.

Call ended abruptly.

End of recording; end of transcript

# EXHIBIT 12

**MD5:D116B7920AEE63AD872BCD1A65EA096A**

Dear Family,

If you are

reading this letter â€" then I am dead. Sorry about that.

I want to provide some input to my funeral arrangements and to the funeral program.

Item 1: Your first priority should be taking care of your mother. As I mentioned above = I am
dead. There is nothing more you can do for me at this point. Take care of your mother. I am still
a vampire. I will be watching.

Item 2: I would like to be buried. Not cremated. Thank you.

Item 3:

Be nice to each other. P.S. I love you.

Funeral Program

**MD5:D116B7920AEE63AD872BCD1A65EA096A**

Opening Song: Be Still, My Soul page 124

Opening Prayer: Stephen Hansen

Life Sketch: Nikki Hansen

Remarks: I would like my children to each make some comments (no more than 5 minutes). Just one or two memories they have of them and me:

Stephen Hansen

Sara Sweeney

Kameron

Hansen

At this point in the program I would like my sisters to sing the song How Great Thou Art page 86

**MD5:D116B7920AEE63AD872BCD1A65EA096A**

Kekeli

Kent


Keanu Hansen


Precious Hansen


Shannan

Hansen



I would also like my brother Jon Hansen and/or my sister

Shannan

Hansen to make a few comments.



Closing Song:

I am a child of God page 301



Closing Prayer:

Kameron

Hansen

**MD5:82669480449DEDB8D88CBA222DE04ABA**

Ron Hansen | Life Sketch

Dear Nikki: Please feel free to edit this as you see fit. But, I thought I would provi

de you with a starting point. I l

ove you. Dad

Ron Rockwell Hansen was born on 5 September 1959 to Ray and

Veloy

Hansen

. He is the second oldest of 11 children.

He loved

being part of the Hansen family and h

e loved being part

of the larger Hansen clan. Dad

loved doing things for members of

his family. I am certain every one of the 100 plus

member

s

of the Hansen family could

come up here and

share

their story

MD5:82669480449DEDB8D88CBA222DE04ABA

of kindnesses our dad did for them individually.

Dad often said,

"Family is the most important thing in life." He loved his family.

We would joke that dad was a vampire – because he truly believed blood was the most important thing… and family members are blood.

When dad was two weeks old, he

was

very sick

with rheumatic fever

and almost

died. Although you probably were not aware of it = that illness greatly weakened

his immune system, and significantly

impacted his health for his

entire life.

Dad was born on the road from California to New Hampshire.

While in Utah, o

n

January 20

th

, 1960, the Deseret News/Salt Lake Telegram

**MD5:82669480449DEDB8D88CBA222DE04ABA**

wrote an article about dad

, w

hich included the following comment

:

Rock-a-bye baby in a car… in a motel… in a hotel or in a roadside park. That is the story of Ron
Hansen's life. Ron is four months old. In that time he has traveled across the face of America
twice and hung his hat in 27 states… Bottles were sterilized and heated by "people in cafes and
hotels across the country who are awfully nice about helping take care of babies."

Dad never stopped traveling.

He mostly grew up in Alpine, Utah. He graduated from American Fork High

school

. He

a

ttend

Brigham Young University and

the University of Utah. He received a Bachelor of Science degree with an emphasis on
International Business and Political Science.

Dad

never stopped learning. He would often say,

"Education is the key to everything."

MD5:82669480449DEDB8D88CBA222DE04ABA

Dad served a LDS mission to Taiwan. That started a lifelong relationship with Taiwan and China. He spoke fluent Chinese-Mandarin and Russian. He had a gift for languages and also spoke some German, Japanese, Serbo-Croatian, and Spanish… and probably a few other languages we don't even know about.

Our dad was a spy. He was one of the most successful Intelligence Officers in the history of U.S. intelligence. He was also a forensic scientist, a Cloud-IT innovator, a Ballet West board member, and a serial entrepreneur.

But dad said, "These things are just my job. The are not who I am."

Who I

am is:

A husband, a father, a son, a brother… a child of god.

Our dad loves the Savior. He loves the gospel.

Most of

all… our

dad loved our mom. He adored her.