

# UNITED STATES DISTRICT COURT

**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400

**WILLIAM M. MCCOOL**
**District Court Executive**
Clerk of Court

**LORI LANDIS**
**Chief Deputy Clerk**

June 5, 2018

**CLERK, US DISTRICT COURT**
United States District Court
351 S West Temple, Room 1.100
Salt Lake City, UT 84101

Re:  Ron Rockwell Hansen

Your No:  2:18-MJ-324-PMW
Our No:  MJ18-249

Dear Clerk

Pursuant to the order transferring the above captioned case to your court per RULE 5(c)(3)(D), dated 6/4/2018, please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at **https://ecf.wawd.uscourts.gov/.**

Please acknowledge receipt of this letter.

Sincerely,

WILLIAM M. MCCOOL, District Court Executive

By Emily Nero,
Deputy Clerk